**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


BRIAN K. COSGROVE,             :
                                     :         **CIVIL ACTION**
                  **Plaintiff,**       :
      **vs.**                    :
                                       :
CITIZENS AUTOMOBILE FINANCE,  :
INC.                                :      No.  09-1095
              **Defendant.**     :

<u>**ORDER**</u>

    **AND NOW**, this **26**th day of **August, 2010**, upon consideration of the Defendant's

Motion for Judgment on the Pleadings, Plaintiff's Motion for Leave to File a Second Amended

Complaint, Defendant's Motion for Leave to Amend to Assert a Counterclaim, Defendant's

Motion to Shift the Costs of Discovery, all responses thereto, all replies thereon, the transcript of

the oral argument on these issues held before the late Honorable Thomas M. Golden on June 28,

2010, and for the reasons stated in this Court's Memorandum dated August 26, 2010, it is hereby

**ORDERED** that:


      1.     Defendant's Motion for Judgment on the Pleadings (Doc. No. 26) is **DENIED**.

      2.     Plaintiff's Motion for Leave to File a Second Amended Complaint (Doc. No. 44)

           is **DENIED**.

      3.     Defendant's Motions for Leave to Amend to Assert a Counterclaim (Doc. Nos.

           41, 42) is **DENIED**.

4.    Defendant's Motion to Shift the Costs of Discovery (Doc. No. 46) is **DENIED**

without prejudice.

BY THE COURT:

_____

**Berle M. Schiller, J.**