IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN K. COSGROVE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CITIZENS AUTOMOBILE FINANCE, INC.,<br><br>Defendant. | CLASS ACTION<br><br><br>CIVIL ACTION NO. 09-CV-1095(BMS) |

## PRAECIPE TO DOCKET APPENDIX

TO THE CLERK:

Kindly file the attached Appendix of Exhibits for Plaintiff's Motion for Final Approval of Class Action Settlement (Doc. No. 90) and Plaintiff's Motion for the Award of Attorneys' Fees and Costs (Doc. No. 91) on the electronic docket for the above captioned matter.

Date: 08/04/11

/s/ Cary L. Flitter
CARY L. FLITTER
THEODORE E. LORENZ
ANDREW M. MILZ

LUNDY, FLITTER, BELDECOS &
BERGER, P.C.
450 N. Narberth Avenue
Narberth, PA 19072
(610) 822-0782

**Attorneys for Plaintiff and the Class**

1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN K. COSGROVE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CITIZENS AUTOMOBILE FINANCE, INC.,<br><br>Defendant. | CLASS ACTION<br><br><br><br>CIVIL ACTION NO. 09-CV-1095(BMS) |

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to:

Robert J. Hannen, Esquire
Thorp, Reed & Armstrong, LLP
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA 15219-1425

Christopher J. Day, Esquire
Thorp Reed & Armstrong, LLP
One Commerce Square
2005 Market Street, Suite 1000
Philadelphia, PA 19103-7041

Said document is available for viewing and downloading from the ECF system.

Date: 08/04/11

/s/ Cary L. Flitter
CARY L. FLITTER

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN K. COSGROVE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CITIZENS AUTOMOBILE FINANCE, INC.,<br><br>Defendant. | CLASS ACTION<br><br><br><br>CIVIL ACTION NO. 09-CV-1095(BMS) |

**APPENDIX OF EXHIBITS FOR**

**PLAINTIFF'S MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT**

**AND**

**PLAINTIFF'S MOTION FOR THE
AWARD OF ATTORNEYS' FEES AND COSTS**

DATED: August 4, 2011

LUNDY, FLITTER BELDECOS &
BERGER, P.C.
CARY L. FLITTER
THEODORE E. LORENZ
ANDREW M. MILZ
450 N. Narberth Avenue
Narberth, PA 19072
(610) 822-0782

**Attorneys for Plaintiff and the Class**

# TABLE OF CONTENTS

| | |
|---|---|
| Exhibit 1 | Settlement Agreement with Exhibits |
| Exhibit 2 | Affidavit of Paul Mulholland, CPA with Exhibits |
| Exhibit 3 | Amended Complaint with Exhibits |
| Exhibit 4 | "Notice 2" |
| Exhibit 5 | Expert Report of David A. Stivers |
| Exhibit 6 | Certification of Cary L. Flitter |
| Exhibit 7 | Certification of Theodore E. Lorenz |
| Exhibit 8 | Certification of Andrew M. Milz |
| Exhibit 9 | 2010 Survey of Hourly Billing Rates conducted by THE NATIONAL LAW JOURNAL |
| Exhibit 10 | TD Bank deposit statement |