# EXHIBIT "5"

# BRIAN   K.   COSGROVE et   al

## vs.

# CITIZENS   AUTOMOBILE   FINANCE

United States District Court For The Eastern District of Pennsylvania
case no.  09 - 1095 (TMG)

# EXPERT   REPORT   OF

# IMPROVEMENT   OF   CREDIT

# RATING   BY   THE   PROPOSED

# CLASS   ACTION   SETTLEMENT

by   David   A.   Stivers

# S C O P E   O F   R E P O R T

## I N T R O D U C T I O N

I have been engaged by Lundy, Flitter, Beldecos & Berger, counsel for the Plaintiffs, Mr. Brian K. Cosgrove and many other persons similarly situated, in Brian K. Cosgrove, et al   vs.   Citizens Automobile Finance, Inc., to be tried within the United States District Court For The Eastern District Of Pennsylvania, identified as case # 09-1095 (TMG). I have been asked to examine relevant documents, court filings, deposition transcripts, and any other information I deem appropriate with respect to this case, in order to determine whether, based on my background, career experience, and knowledge in the field of consumer credit and impairment of credit, I can offer independent opinions on certain pertinent issues in the case.

A complete list of the documents, testimony, and/or materials that I considered in formulating the opinions published herein may be viewed before the epilogue. A copy of my resume is attached to the conclusion of this report, in addition to copy of my engagement letter in this matter which sets forth my compensation for my study and testimony in this matter. A listing of all other cases in which I have testified as an expert at trial or in a deposition, including but not limited to those cases within the preceding four years, is also attached. My $250 hourly rate for work as a consultant and expert witness is the identical rate for all of my time devoted to this case.

Based on my review of the evidence and on my knowledge and experience, I have reached several expert opinions that are described in detail in this report. My opinions are summarized following the Table of Contents:

by David A. Stivers:   Brian K. Cosgrove, et al  vs.  Citizens Automobile Finance   **3**

# TABLE  OF  CONTENTS

| page  number(s) | chapter title |
|---|---|
| 1 | TITLE  PAGE |
| 2 | INTRODUCTION |
| 3 | TABLE  OF  CONTENTS |
| 4 - 5 | OPINIONS |
| 6 - 27 | BASIS  FOR  OPINIONS |
| 28 - 32 | DOCUMENTS  REVIEWED |
| 33 | EPILOGUE |

*by David A. Stivers:*   **Brian K. Cosgrove, et al   vs.   Citizens Automobile Finance**      **4**

# O P I N I O N S

These are my opinions, based upon a reasonable degree of certainty and expertise in the study of credit evaluation and impairment of credit:

1.  Updating a credit account status from "charge-off" to "settled, zero balance" will substantially improve the credit rating of all class members in this case. All are likely to benefit.

2.  Class Action Settlement Agreement And Release provides credit rating relief that will be of benefit to all class members, according to industry standards.

3.  Prior to changing this loan status from "charge-off" to "settled, zero balance", if any class member were to apply for a loan or a home mortgage in the future, and the prior "charge-off" rating were to become known to prospective lenders, it would continue to adversely impact class members due to "risk-rate" lending.

4.  If a status of "charge-off" were continued to be listed for the class members, this would likely adversely impact their ability to qualify for insurance coverage at affordable rates.

5.  Changing the loan account status from "charge-off" to "settled, zero balance" will reduce the chance that an "adverse action" will occur for class members.

6.  Deleting the tradeline, if selected as an alternative method of credit relief, will also benefit the class members, by making the account no longer visible to credit scoring.

7.  By changing loan account status from "charge-off" to "settled, zero balance" or by deleting a derogatory tradeline (that lists a vehicle repossession) entirely, either action will henceforth reduce the chance that the class members will be subjected to "payment packing" in other credit that they may apply for.

# BASIS   OF   OPINIONS

1.  Updating a credit account status from "charge-off" to "settled, zero balance" will substantially improve the credit rating of all class members in this case. All are likely to benefit.

Algorithms utilized to compute credit scores are well-kept trade secrets. Algorithm is a formula designed to direct a computer to solve a math problem. At national credit bureaus, computer-installed algorithm instruct the computers how to calculate what impact a person's payment history has on a credit score. This is well known within the credit-granting industry.

Modern technology has created a number that ranks people according to perceived credit risk, and knowing it, has become part of an individual's privacy. For those authorized to pull a credit report, sensitive credit data will not only reveal names of current and past creditors, but also one's overall "credit score". To compare the levels of perceived risk of loaning to individual credit applicants a computerized numerical score is calculated, a score that changes constantly. The Fair Isaac Corporation has created a model for individual credit scoring, an algorithm that has been historically emulated by the other credit bureaus. Credit scores bear these names, according to which credit bureau is marketing them:

| | |
|---|---|
| EQUIFAX | Beacon score |
| TRANS UNION | Empirica score |
| EXPERIAN | Fair Isaac score |

Based upon my experience in reading how a change in the status of an account may affect one's overall credit standing and calculation of credit score, updating one's credit account status from "charge-off" to "settled, zero balance" will improve one's credit score in a range of from twenty five up to sixty points. The amount of the credit score increase will depend upon the number of other credit accounts listed, the types of accounts listed, and their payment histories. Credit score increases will be a benefit to all class members.

In the Documents Reviewed section found at the conclusion of my report one will observe this item:

28.  www.myfico.com

Credit reports provided for examination here provide three score types. On its website (www.myfico.com), the Fair Isaac Corporation lists the five major categories of account-related information that are used in the statistical model. Certain information that a prospective creditor typically takes into consideration (career stability, gross income, disposable income, or potentially liquid assets) is not considered within the process of calculating a Fair Isaac "generic" score. Proportional percentage of importance (often referred to as the data's "weight") is also published on this website, as follows:

a.  payment history -- 35 %

b.  amounts owed -- 30 %

c.  length of credit history -- 12 %

d.  new credit -- 10 %

e.  types of credit used -- 10 %

Many credit applications are graded primarily on applicant's credit score. Hence, an improvement in one's credit score, especially up into another "tier", will earn the applicant a lower interest rate, and in some cases save on fees.

*by David A. Stivers:*   **Brian K. Cosgrove, et al   vs.   Citizens Automobile Finance**     **8**

Contact information for bureaus that collect payment histories of people, often referred to as "consumer reporting agency", to order an updated report, is:

**United States**

Equifax
P.O. Box 740241
Atlanta, Georgia  30374-0241
1 - 800 - 997 - 2493

Trans Union
P.O. Box 1000
Chester, Pennsylvania  19022
1 - 800 - 888 - 4213

Experian
P.O. Box 2104
Allen, Texas  75013-2104
1 - 888 - 397 - 3742

Innovis
P.O. Box 1358
Columbus, Ohio   43216
800 - 457 - 0247

**United Kingdom**

Equifax UK
Dept. 1E
P.O. Box 3001
Glasgow  G81 2DT
telephone  0990 783783

Experian UK
P.O. Box 8000
Nottingham,  England
NG1 5GX
telephone  0115 976 8747

2.  Class Action Settlement Agreement And Release provides credit rating relief that will be of benefit to all class members, according to industry standards.

In the Documents Reviewed section at the conclusion of this report are these items:

20.  Class Action Settlement Agreement And Release    dated May 27, 2011

21.  Notice Of Proposed Class Action Settlement

22.  Order Preliminarily Certifying Settlement Class, Preliminarily Approving Class Settlement, And Directing The Issuance Of Notice To The Class dated June 20, 2011

Number 20 above, the Class Action Settlement Agreement And Release, requires Citizens Automobile Finance give several benefits to class members. One of these benefits. listed on page # 2, relates to providing them credit relief:

page # 2:

"Whereas, Class Counsel has determined to execute this Settlement Agreement and intends to urge its approval by the Court after consideration of the following substantial benefits that the Settlement bestows upon the Class:

(iv)  The Settlement obliges CAF (Citizens Automobile Finance, Inc.) to advise all credit reporting agencies to which it reports to delete entirely any tradeline from the Class Members' consumer reports or to report the account balances of Class Members as settled with a zero balance owing on their credit reports."

Order Preliminarily Certifying Settlement Class, Preliminarily Approving Class Settlement, And Directing The Issuance Of Notice To The Class dated June 20, 2011 set in motion the Notice Of Proposed Class Action Settlement. This notice will be mailed to all class members, advising them of their rights.

*by David A. Stivers:*   **Brian K. Cosgrove, et al  vs.  Citizens Automobile Finance**   **10**

Notice Of Proposed Class Action Settlement language is consistent with number 20, Class Action Settlement Agreement And Release dated May 27th. In the third bullet point, subsection (c), it states:

"This settlement will:

(c)  require CAF to request either that its credit reporting of your account be deleted or report the account balance as satisfied on covered contracts."

United States automobile finance industry standards, that illustrate that the subject Class Action Settlement Agreement And Release provides credit rating relief that will be of benefit to all class members, may be observed in these items listed in the Documents Reviewed section at the conclusion of this report:

16.  code of ethics published by the National Automobile Dealers' Association

17.  ethics guide published by the National Automobile Dealers' Association

18.  U.S. Treasury Regulation  1.170-1(c)

Items listed as # 16 and # 17 above may be accessed on the internet at:

http://www.nada.org

3. Prior to changing this loan status from "charge-off" to "settled, zero balance", if any class member were to apply for a loan or a home mortgage in the future, and the prior "charge-off" rating were to become known to prospective lenders, it would continue to adversely impact class members due to "risk-rate" lending.

"Risk-rate" lending, wherein the lender charges higher rates for people that are perceived as "high risk", and lower rates for "low risk" loan applicants (e.g. with a spotless credit history), has developed into a common lending business theory / practice guiding loan officers throughout the United States. A credit "tier system", assigning perceived risk levels a grade (as in school) is often utilized here, drawing the line between groups of many loan applicants. They are then assigned a minimum interest rate, according to the "tier" or level of measured perceived risk, that is greatly influenced by derogatory credit data, even if not currently published in a credit bureau report, if it was so previously, and has been discovered by other means.

Historically, major lending institutions have used fifty-point increments in drawing the line in separating "tier" levels that grade one's creditworthiness. Bank of America, Wells Fargo, and Chase Manhattan Bank are examples of lending institutions that have used fifty-point increments.

Based upon my experience in reading how a change in the status of an account may affect one's overall credit standing and calculation of credit score, updating one's credit account status from "charge-off" to "settled, zero balance" will improve one's credit score in a range of from twenty five up to sixty points. The amount of the credit score increase will depend upon the number of other credit accounts listed, the types of accounts listed, and their payment histories. Credit score increases will be a benefit to all class members.

Improvement from a tier up to the next highest level will mathematically occur in most cases, if their scores improve from twenty five up to sixty points. A higher tier level will result in reclassification as less risky to loan money to. Reclassification will not only result in a higher probability of a credit approval, being perceived as more creditworthy will induce prospective lenders to require a lower minimum interest rate to be charged to the borrowers, both initially and long -term, in the case of those applying for revolving credit (e.g. a VISA card).

Derogatory credit information, such as a "charge-off" status previously published in the credit reports of class members, has likely caused financial consequences and harm in other ways, and would continue to do so except for proposed credit reporting changes from "charge-off" to "settled, zero balance". Both short and long-term, this proposed status change will reduce consumer credit costs of necessities and other expenses that people will normally incur. All class members will benefit.

How much will class members potentially save from a tier level change? It will depend on the amount borrowed, the loan term, and how much lower the interest rate has dropped, as a result of being classified as more creditworthy. Savings amount is a function of mathematics.

A type of loan that class members are likely to apply for is an auto loan. If one were to borrow $30,000.00 for seven years for a selected automobile, and a credit score improvement elevated the borrower to one tier level higher, this may reduced the interest rate in a range from two percent up to six percent. Selecting an average of four (4%) percent reduction in annual percentage rate, according to my Texas Instruments BAII Plus calculator, the savings would be $4,445.04 over the loan term.

In an example of a less expensive vehicle, with a shorter auto loan term, borrowing $15,000.00 for six years, the savings would be $1,575.00 over term. Furthermore, by paying a lower interest rate, a borrower will build equity faster. A greater amount of equity (difference between car value and loan balance due) is historically a measure of prudence and creditworthiness of the borrower(s). More equity translates into more creditworthiness.

In a home mortgage, a lower "tier" classification may increase the rate by as much as fifty (50%) percent or more, as it varies among prospective lenders. How might people comprehend what appears to be a 50 % rate hike ?

For example, if the applicant qualifies for an annual percentage rate of 7.50 % on a loan due to the impact of derogatory credit (e.g. a "charge-off" ... but would have been eligible at a competing lending institution for a 5.00 % rate had it been reported as "settled, zero balance" (e.g. not listed as a "charge-off") ... damage to such a consumer may appear at first glance to be a cumulative interest dollar cost increase of fifty (50 %) percent more over the entire term.

Therefore, if a home mortgage contract in this example costs a borrower $150,000 in total finance charge at a 7.50 % annual percentage rate over the entire length of the loan, a 5.00 % rate will appear to save a borrower $50,000 (actually, it is more, illustrated in the next example).  Moreover, the scheduled monthly payment would have been significantly less, allowing the consumer(s) greater disposable income and a more enjoyable lifestyle.

Actual computation of impact of higher interest may be observed below. In these comparisons, we are financing $100,000 for a 30 year (360 months) term:

| % rate | payment | total of payments | interest $$ total |
|--------|---------|-------------------|-------------------|
| 5.00   | 536.82  | 193,255.20        | 93,255.20         |
| 6.00   | 599.55  | 215,838.00        | 115,838.00        |
| 7.50   | 699.21  | 251,715.60        | 151,715.60        |
| 8.00   | 733.76  | 264,153.60        | 164,153.60        |
| 9.00   | 804.62  | 289,663.20        | 189,663.20        |

Although the proportion of 7.50% to 5.00 % is an empirical 50% more, over the term of a thirty-year (360 months) home mortgage, added interest cost exceeds 50 %, verified by simple division:

$$\frac{7.50 \text{ \% interest cost in dollars} \quad \$151,715.60}{5.00 \text{ \% interest cost in dollars} \quad \$93,255.20} = 1.6268862$$

illustrating that a consumer would be paying approximately 63 % more in interest over the 30-year life of the $100,000.00 mortgage.

Credit scoring systems, that assist lending institution managers in making a decision to approve a loan, as well as assess perceived lending risk, often employ a computer program of Fair Isaac model of mathematical curve. This mathematical curve, like the common credit scoring systems modeled after it, attempt to measure a "probability of pay-back", expressed as a ratio of good loans to an anticipated customer that pays late.

Lenders utilizing the Fair Isaac curve or similar credit scoring system rely heavily on information obtained by national bureaus in scoring an applicant. Any derogatory information may thereby trigger a rejection of a loan applicant. In circumstances where the applied for loan is granted in spite of a defaulted account (e.g. class member prior to a change to "settled, zero balance" status) may be subjected to higher interest rates, to off-set a perceived greater loan risk.

Risk-rate lending, a practice that once occurred only rarely by lenders, but that became popular among many lending institutions that followed the lead of the General Motors Acceptance Corporation's 1988 "tier system", has resulted in a rate structure likely charging poor people the highest rates. In that sense, it is truly regressive.

Expanding the previous calculation to figure the interest cost to borrow $150,000.00 for thirty years at the identical sample interest rates, we obtain these numerical results:

| % rate | payment | total of payments | interest $$ total |
|--------|---------|-------------------|-------------------|
| 5.00 | 805.23 | 289,882.80 | 139,882.80 |
| 6.00 | 899.33 | 323,758.80 | 173,758.80 |
| 7.50 | 1,048.82 | 377,575.20 | 227,575.20 |
| 8.00 | 1,100.65 | 396,234.00 | 246,234.00 |
| 9.00 | 1,206.93 | 434,494.80 | 284,494.80 |

*by David A. Stivers:*   **Brian K. Cosgrove, et al  vs.  Citizens Automobile Finance    15**

As selling prices of homes continue to escalate, the probability improves of many consumers (who may buy a home years from now), to need to borrow as much as $150,000 or more for a home mortgage at some point in the future.

Ratio of increased interest cost is almost identical to the $100,000 example illustrating an approximate 63 % increase in total interest cost over the mortgage, when the rate is raised from 5.00 % up to 7.50 %, as a result of the derogatory credit history:

| | | |
|---|---|---|
| 7.50 % interest cost in dollars | $227,575.20 | |
| | ─────────── | = 1.626899 |
| 5.00 % interest cost in dollars | $139,882.80 | |

Computing this 50 % proportional rate hike difference in added dollars projected over a 30-year mortgage, borrowing $150,000.00, we subtract as follows:

|  |  |  |
|---|---|---|
| | $227,575.20 | interest total at 7.50 % |
| --- | 139,882.80 | interest total at 5.00 % |
| | **$ 87,692.40** | **projected excess interest cost** |

4. If a status of "charge-off" were continued to be listed for the class members, this would likely adversely impact their ability to qualify for insurance coverage at affordable rates.

Within the Documents Reviewed section at the conclusion of my report, an important reference book attesting to the contemporary use of credit reports for decision-making within our US insurance industry's "risk selection" process is titled (with corresponding document number):

14. Florida Life, Health And Variable Annuity Study Manual    Nineteenth Edition

Within this study manual, that is utilized by accredited insurance schools in training prospective insurance agents in Florida, the following information pertaining to credit reports may be observed in the Principles Of Life Insurance section, in chapter # 9, titled as: Life Insurance Underwriting And Policy Issue.

## Credit Reports    (page # 170)

"Some applicants may prove to be poor credit risks, based on information obtained before a policy is issued.  Thus, credit reports obtained from retail merchants' associations or other sources are a valuable underwriting tool in many cases."

"Applicants who have questionable credit ratings can cause an insurance company to lose money.  Applicants with poor credit standings are likely to allow their policies to lapse within a short time, perhaps even before a second premium is paid.  An insurance company can lose money on a policy that is quickly lapsed, because the insurer's expenses to acquire the policy cannot be recovered in a short period of time.  It is possible, then, that home office underwriters will refuse to insure persons who have failed to pay their bills or who appear to be applying for more life insurance than they reasonably can afford."

Further down page # 170, the study manual includes this bullet point about the Fair Credit Reporting Act, regarding rejection of insurance applicants:

"If, based on an inspection or consumer report, the insurer rejects an application, the company must provide the applicant with the name and address of the consumer reporting agency that supplied the report."

Training of prospective insurance agents in Florida includes the concept that one's character, self discipline, reputation, acceptance of responsibility, as well as whether one's life is going downhill towards an insurance claim, can be best judged by the financial trends published in a person's credit report. Underwriting's perception of this, and corresponding rejection or up-charging, was adopted throughout the world in recent years by major insurance carriers. To them, credit reports are a window into the future, when deciding whether to insure an applicant, and at what premium.

Most states, including Florida, have modeled their insurance codes after the New York Insurance Code, and offer coverage that is good in all 50 states. The National Association of Insurance Commissioners meets periodically to encourage uniformity among states in state insurance laws and regulations. All state insurance commissioners or directors participate in this organization. For this reason, what I have described here about the impact of derogatory data in a credit report upon one's ability to qualify for insurance coverage in Florida, would also be applicable to class members wherever they live in Pennsylvania, as well as anywhere else they may choose to reside.

Derogatory credit published in credit bureaus about class members has most likely interfered with their chance to buy insurance at a fair market price. The insurance industry as well as our government share a common definition of "fair market value", when viewing a negotiation and outcome of a transaction. According to the Internal Revenue Service (paraphrasing), the fair market value is the price at which the property would change hands between a willing buyer and a willing seller, when neither has the compulsion to buy or sell, and when both have reasonable knowledge of relevant facts:

U.S. Treasury Regulation  1.170-1(c)  (item # 18 among Documents Reviewed)

An example of the added cost to consumers with recent credit problems, with respect to insurance, is the business routine of requesting a credit report, not just upon application, but also at the time a policy is up for periodic renewal. In an auto policy, for instance, even in cases where the consumer has had no moving violations, tickets, accidents, claims, or other act indicating higher risk, some insurance companies have inflated the premium upon periodic renewal. This business strategy flows from the following perceptions caused and fueled by recent derogatory credit:

    a.  If the insured applies elsewhere, the premium would also be higher.

    b.  Deteriorating credit is an indication of a trend of failure in one's life, that will increase the probability of an insurance claim.

5.  Changing the loan account status from "charge-off" to "settled, zero balance" will reduce the chance that an "adverse action" will occur for class members.

The Fair Credit Reporting Act (15 U.S.C. sec. 1681), originally passed by our Congress in 1970, is a guideline related to US consumer credit reporting. An "adverse action" is defined under section # 603, and includes the following actions or results that flow from derogatory data that has been observed in a person's credit report:

   a.  unfavorable change in credit or contract terms

   b.  denial or cancellation of credit or insurance

   c.  denial of employment

At some point in the future, class members may wish to change careers and work in another credit-sensitive job, e.g. contracting with the government. This may require them to be subjected to a "Q" clearance investigation.

Historically, a "Q" clearance has been the highest level of clearance in military or other high-security-sensitive positions, for people who are "cleared". Civilian career positions often require some level of clearance to be carried out. For example, a civilian-owned construction company that is contracted to build or modify a structure in a high-security area of a military base or similar facility may be asked to subject employees to a background examination by the FBI. Cost of conducting and completing a "Q" clearance investigation is expensive. For example, in such an investigation, the Federal Bureau of Investigation has historically sent an agent to interview a clearance applicant's school teachers, from as far back as grade school, to adequately verify a person's background. This can be time-consuming.

In order to save both time and money, a variety of entities desiring to do a thorough background check have routinely pulled the applicant's credit report. As a first step in such an investigation process, information in a credit report will inform the investigator as to whether it is necessary to continue searching. In cases where an applicant's credit report reveals derogatory credit that would automatically disqualify the applicant, and the investigation is thereby halted, such a disappointing credit report is commonly referred to as a "show stopper", in the vernacular of the credit evaluation and lending trade.

Important to accomplish is to become what is called a "money-planner". An indication of this is the measurement of how well one is able to manage one's personal affairs, in terms of self-discipline and planning for the future. Since what is past is prologue when predicting how most people may perform, one of the most frequently-relied-upon indications of one's self-discipline and personal management skills is an updated report from a major credit bureau. For example, in our military as well as many other career opportunities, a credit report is often viewed to be a window into one's future performance. Historically, people serving in our military have seen their tours of duty ended, simply because of derogatory payment history published in one credit report. For some people, reports from several bureaus may be even more revealing. Credit reports have become the contemporary "permanent record" with respect to revealing whether a person is responsible.

Additional items listed in the Documents Reviewed section, that serve to illustrate the potential impact of derogatory credit data upon one's employment, include the following:

29. websites of Equifax, Trans Union, Experian and Innovis for their contact info

30. The New Lexicon Webster's Dictionary Of The English Language  1988

31. article:  Sack on Defamation, Slander, and Related Problems
    by Robert D. Sack.

32. FindLaw and LexisNexis printouts on U.S. Supreme Court case of:

    Dun & Bradstreet, Inc.  vs.  Greenmoss Builders  (472 U.S. 749  (1985)

33. FindLaw and LexisNexis printouts on U.S. District of Columbia Court of Appeals case of:

   Trans Union Corporation  vs.  Federal Trade Commission  (April 2001)
   # 00-1141

34. February 2002 United States General Accounting Office report # GAO-02-424T

35. March 2002 United States General Accounting Office report # GAO-02-363

36. June 2002 United States General Accounting Office report # GAO-02-766

37. July 2003 United States General Accounting Office report #GAO-03-1036T

38. deposition transcript of Jeffrey Preece taken on March 28, 2002 in the case of:

Timothy G. Knapp  vs.  Americredit Financial Services, Inc.
Angela D. Knapp         Cox Pontiac - Buick, Inc.
                        d/b/a  Crown Pontiac-Buick-GMC, Inc.
                        Henry Marino

   United States District Court
   Southern District of West Virginia
   civil case # 2:01 - 0788

39. article:  Survey:  Credit reports frequently contain errors
   by Marcy Gordon of *The Associated Press*
   published in The Palm Beach Post on June 18, 2004

40. article:  Approval to insure ID theft in Florida reflects trend
   by David Sedore
   published in The Palm Beach Post on February 17, 2005

*by David A. Stivers:*   Brian K. Cosgrove, et al   vs.   Citizens Automobile Finance      **22**

41.  article:  <u>ID victims' vulnerability lingers</u>
     by Rachel Konrad of *The Associated Press*
     published in The Palm Beach Post on March 6, 2005


42.  article:  <u>Sen. Nelson listens to ID theft victims</u>
     by Stephen Pounds
     published in The Palm Beach Post on March 15, 2005


43.  article:  <u>Your Credit Report:  A guide to your financial fitness</u>
     by Stephen Pounds
     published in The Palm Beach Post on August 7, 2005


44.  article:  <u>Credit bureaus unite on scoring</u>
     by Eileen Alt Powell (the Associated Press)
     published in The Palm Beach Post on March 15, 2006

6.  Deleting the tradeline, if selected as an alternative method of credit relief, will also benefit the class members, by making the account no longer visible to credit scoring.

Deleting a loan account, that previously listed "charge-off" as its status, will reduce the chance that an "adverse action" will occur for class members. Credit bureaus can delete the account (tradeline) if instructed to do so by the subscriber (in this case, whichever entity that holds the contract at settlement). Deletion may be accomplished by utilizing "e-oscar", an internet program that permits a subscriber to make changes or delete a tradeline on the same day. Using "e-oscar" to do this would give class members immediate credit relief. This would be of great benefit them.

When people apply for credit, their "credit score" plays an important role. Deleting the tradeline would make the account no longer visible to this scoring. This is a permanent correction to their credit bureau files because the account is no longer shown, that it even existed.

In the Documents Reviewed section is this item that applies to repair of credit and to protecting the credit ratings of our citizens:

45.  Consumer Credit Protection Act (public law 90-321, 82 Stat.) sec. 401-413

The above federal legislation, signed into law on September 30, 1996 by President Bill Clinton, is more commonly referred to in the lending industry as the Credit Repair Organizations Act (Title IV of the above-listed federal law) and may be called that (or as "C.R.O.A.") according to section 401 of this public law.

"Deleting the tradeline" repairs one's credit with respect to that tradeline in the most complete form, because the account disappears from the debtors' credit files, without leaving a hint the subscriber ever loaned out money to them. As a result, not only is the fact that a car repossession occurred totally vacated, but there is no indication that any type of settlement was negotiated, that might be interpreted by some to mean that the lender was not fully paid by the debtor. So, for these reasons, "deleting the tradeline" is the purest form of credit relief. This would be a great benefit to class members.

7.  By changing loan account status from "charge-off" to "settled, zero balance" or by deleting a derogatory tradeline (that lists a vehicle repossession) entirely, either action will henceforth reduce the chance that the class members will be subjected to "payment packing" in other credit that they may apply for.

"Payment packing" is a category of business practices that includes a wide variety of tactics that ultimately inflates the monthly payment one must pay. Excellent examples of such tactics include:

a.  including ancillary products that were not authorized by the borrower

b.  inflating the annual percentage rate (A.P.R.) when it is not necessary

c.  selling the consumer inferior merchandise (at an above-market price)

d.  adding loan fees that would not be charged to those with good credit

e.  burying a hidden finance charge, to augment profit of seller or lender

f.   closing off a customer's options, causing unequal bargaining power

People who have derogatory credit listed in their national credit reports, such as the class members with an automobile repossession listed from Citizens Automobile Finance showing deficiency balance and slow pay history, will be more vulnerable to "payment packing" practices when applying for credit. By changing loan account status from "charge-off" to "settled, zero balance" or by deleting a derogatory tradeline (that lists a vehicle repossession) entirely, either action will henceforth reduce the chance that the class members will be subjected to "payment packing" in other credit that they may apply for.

In a similar way, class members could be offered a lower starting salary, when applying for a job, due to an employment application-pulled credit report. If a report lists a Citizens Automobile Finance repossession with a deficiency, and as a result, the prospective employer substantially reduces the pay offered, it would be harder to pay bills causing a detriment similar to "payment packing".

Payment packing also undermines our standard of "fair market value". Our federal government, through the Internal Revenue Service, sets a standard that is applicable, by defining "fair market value" as what a willing buyer would pay a willing seller, when neither has to buy or sell, and both buyer and seller have adequate information to make an informed decision in their transaction. Concealment of added costs, as is commonly practiced in "payment packing", deprives the automobile buyer / lessee of the adequate information needed to make an informed decision.

The auto sales industry and our government share a common definition of "fair market value", when viewing the negotiation and outcome of a car sale. According to the Internal Revenue Service (paraphrasing), the fair market value is the price at which the property would change hands between a willing buyer and a willing seller, when neither has the compulsion to buy or sell, and when both have reasonable knowledge of relevant facts:

U.S. Treasury Regulation  1.170-1(c).

"Payment packing" business strategy / practice parallel similar activities of employees of some car dealerships, where balance to finance was inflated. Government supports my opinion, that "packing" is a mathematical deception.

Car buyers generally are neither knowledgeable nor calculator-equipped to perform the mathematical exercises necessary, to determine whether the monthly payment presented to them is an accurate result of a negotiated deal. People must and do depend upon dealership personnel, and their computers, to perform these computations and figure the monthly payment.

As a result of a thorough investigation of those other "payment packing" auto dealerships, the government declared it to be a deceptive sales practice. But which agency of the government ?

Ms. Christine Gregoire, the former Washington state Attorney General, ordered the investigation of car dealer  "payment packing" practices in that state as well as a training program that taught and encouraged this very practice. Results of the investigation included the finding, that "payment packing" was being taught to car dealers and their employees throughout the United States. This identity of this case is:

State of Washington   vs.   Dealer Resource Group, Inc. et al

Another excellent example of government taking the initiative to halt the "packing" activity of the largest-volume Chevrolet dealership in California was carried out by the California Department of Motor Vehicles, in its administrative investigation and action against Gunderson Chevrolet, in El Monte, California. Results of this investigation also concluded that dealership management was directly involved, in the "payment packing" scheme.

In both of the cases listed above, investigations concluded that "packing" was a mathematical deception, utilized to attempt to draw up a contract contrary to a negotiated agreement.

An excellent example that "payment packing" violates industry standards, so much so that the U.S. auto sales / finance industry has created schools to educate the dealership employees about the proper way to sell an automobile, including what practices are prohibited, such as transaction "payment packing", may be observed in documents I have reviewed in the case of:

Raymond Clausing   vs.   Toyota Of North Hollywood, Inc.
                              Donald Hankey
                              Chris Ashworth                    case # BC 303455

                              Superior Court, Los Angeles County, California

Witness deposition transcripts in the Clausing case, that inform readers about the industry teaching that "payment packing" is deceptive and prohibited, include:

deposition of Robert Poole taken on August 10, 2004        58 pages + exhibits

was then a field service manager for Toyota Financial Services (TFS) Company;
was a performance development manager for TFS;
monitored / provided training 5 years for Toyota Quality Financial Management

deposition of Shaun Bryant taken on July 29, 2004                 33 pages

was then a facilitator (teacher) at the University of Toyota in the TQFM program;
TQFM stands for Toyota Quality Financial Management;
defines "payment packing" as quoting a higher monthly payment;
at the University of Toyota, he teaches that payment packing is illegal

deposition of Dwight Mack taken on July 29, 2004                 45 pages

was then a facilitator (teacher) at the University of Toyota, for five years;
at the University of Toyota, he teaches that payment packing is illegal

deposition of Mark Bishop taken on May 19, 2004                 236 pages + exhibits

dealership finance manager who witnessed the "payment packing" practices;
attended Florida Atlantic University (Boca Raton, Florida) & Nova University;
took an installment lending course for 1 1/2 years with the American Institute of
Banking

Historically, the University of Toyota has instructed finance managers of
its Toyota dealerships that "payment packing" is unfair, deceptive and illegal.
For all Toyota dealerships nationwide, this "payment packing" prohibition is the
industry standard, and has been adopted by General Motors dealers as well.
Financial institutions across the United States also prohibit "payment packing",
and dealer management and its employees knew or should have known this.
Instead, management elected to engage in this profitable practice.

People who have derogatory credit listed in their national credit reports,
such as the class members with a Citizens Automobile Finance repossession,
will be more vulnerable to "payment packing" practices when applying for credit.
Taking corrective action to prevent this will benefit them.

---

As additional pertinent evidence, testimonial or documentary, becomes available,
it is possible that I may formulate and develop new opinions or revise the opinions contained
in this Report.

*by David A. Stivers:*   **Brian K. Cosgrove, et al   vs.   Citizens Automobile Finance**   **28**

# D O C U M E N T S          R E V I E W E D

1.  letter dated November 2, 2010 from Cary L. Flitter to David A. Stivers

2.  Amended Complaint dated March 24, 2009  w/ exhibits A -- F

3.  Defendant Citizens Automobile Finance, Inc.'s Answer And Affirmative
    Defenses To Plaintiff's Amended Complaint

4.  Westlaw:
      Purdon's Pennsylvania statutes and consolidated statutes annotated
    title 69 P.S. sales
    chapter 7. motor vehicle sales financing
     section: 623.  repossession
    (effective March 10, 2003)

exhibits attached to the Amended Complaint:

ex. A
5.  retail installment contract, dated 12-6-04 for the 2004 Mitsubishi Endeavor

ex. B
6.  retail installment contract, dated 12-6-04 for the 2004 Mitsubishi Galant

ex. C
7.  letter dated 2-27-06 from Citizens Automobile Finance to Brian K. Cosgrove

ex. D
8.  letter dated 3-30-06 from Citizens Automobile Finance to Brian K. Cosgrove

ex. E
9.  letter dated 8-01-06 from Citizens Automobile Finance to Brian K. Cosgrove

ex. F
10.  letter dated 5-26-06 from Citizens Automobile Finance to Brian K. Cosgrove


other documents:


11.  deposition transcript of Brian St. Louis taken on December 9, 2009
                                                                    pages  1 -- 220


12.  deposition transcript of Brian St. Louis taken on December 9, 2009
                                                                    pages  221 -- 260


13.  Florida General Lines Agent And Customer Representative Study Manual
      Thirteenth Edition

14.  Florida Life, Health And Variable Annuity Study Manual    Nineteenth Edition

15.  Official Used Car Guide  published by National Auto Dealer's Association

16.  code of ethics published by the National Automobile Dealers' Association

17.  ethics guide published by the National Automobile Dealers' Association

18.  U.S. Treasury Regulation  1.170-1(c)

19.  letter dated July 6, 2011 from Cary L. Flitter to David A. Stivers

20.  Class Action Settlement Agreement And Release    dated May 27, 2011

*by David A. Stivers:*   **Brian K. Cosgrove, et al   vs.   Citizens Automobile Finance**      **30**

21.  Notice Of Proposed Class Action Settlement

22.  Order Preliminarily Certifying Settlement Class, Preliminarily Approving
     Class Settlement, And Directing The Issuance Of Notice To The Class
     dated June 20, 2011

23.  deposition of Robert Poole taken on August 10, 2004    58 pages + exhibits

24.  deposition of Shaun Bryant taken on July 29, 2004                33 pages

25.  deposition of Dwight Mack taken on July 29, 2004                45 pages

26.  deposition of Mark Bishop taken on May 19, 2004       236 pages + exhibits

27.  Fair Credit Reporting Act (15 U.S.C. sec. 1681)

other documents:

28.  www.myfico.com

29.  websites of Equifax, Trans Union, Experian and Innovis for their contact info

30.  The New Lexicon Webster's Dictionary Of The English Language  1988

31.  article:  Sack on Defamation, Slander, and Related Problems
     by Robert D. Sack.

32.  FindLaw and LexisNexis printouts on U.S. Supreme Court case of:

     Dun & Bradstreet, Inc.  vs.  Greenmoss Builders  (472 U.S. 749  (1985)

33.  FindLaw and LexisNexis printouts on U.S. District of Columbia Court of
     Appeals case of:

     Trans Union Corporation  vs.  Federal Trade Commission  (April 2001)
                                                        # 00-1141

34. February 2002 United States General Accounting Office report # GAO-02-424T

35. March 2002 United States General Accounting Office report # GAO-02-363

36. June 2002 United States General Accounting Office report # GAO-02-766

37. July 2003 United States General Accounting Office report #GAO-03-1036T

38. deposition transcript of Jeffrey Preece taken on March 28, 2002 in the case of:

Timothy G. Knapp   vs.   Americredit Financial Services, Inc.
Angela D. Knapp            Cox Pontiac - Buick, Inc.
                           *d/b/a* Crown Pontiac-Buick-GMC, Inc.
                           Henry Marino

                                    United States District Court
                                    Southern District of West Virginia
                                    civil case # 2:01 - 0788

39. article: <u>Survey: Credit reports frequently contain errors</u>
    by Marcy Gordon of *The Associated Press*
    published in The Palm Beach Post on June 18, 2004

40. article: <u>Approval to insure ID theft in Florida reflects trend</u>
    by David Sedore
    published in The Palm Beach Post on February 17, 2005

41. article: <u>ID victims' vulnerability lingers</u>
    by Rachel Konrad of *The Associated Press*
    published in The Palm Beach Post on March 6, 2005

*by David A. Stivers:*   **Brian K. Cosgrove, et al  vs.  Citizens Automobile Finance**      **32**

42. article:  <u>Sen. Nelson listens to ID theft victims</u>
    by Stephen Pounds
     published in The Palm Beach Post on March 15, 2005


43. article:  <u>Your Credit Report:  A guide to your financial fitness</u>
    by Stephen Pounds
     published in The Palm Beach Post on August 7, 2005


44. article:  <u>Credit bureaus unite on scoring</u>
    by Eileen Alt Powell (the Associated Press)
     published in The Palm Beach Post on March 15, 2006


45. Consumer Credit Protection Act  (public law 90-321, 82 Stat.)  sec. 401-413


46. http://www.nada.org

# E P I L O G U E

In the retail automobile finance and subsequent repossession case of Brian K. Cosgrove, et al  vs.  Citizens Automobile Finance, Inc., this report was prepared after my review of a listed selection of documents that pertain to the impact upon the class members' credit rating from the proposed settlement. When additional pertinent documents or information become available, I may formulate and develop new opinions.

I, David A. Stivers, completed my preparation of this evaluation report on July 12, 2011 at a specific request of Mr. Cary L. Flitter, Counsel for Plaintiffs, Mr. Brian K. Cosgrove and other consumers similarly situated.

_____     David A. Stivers

Any questions regarding this case or the specific subject matter of this evaluation report should be directed to:

Mr. Cary L. Flitter,   Attorney At Law
Lundy, Flitter, Beldecos & Berger
450 N. Narberth Avenue
Narberth, Pennsylvania   19072
telephone  (610)  668 - 0770
facsimile   (610)  667 - 0552

# David A. Stivers

**CREDIT EVALUATION CONSULTANT**

1650 Gallop Drive, Loxahatchee, Florida 33470

TELEPHONE  **(561)  793 - 3150**
FACSIMILE  (561)  791 – 1066
David@Know-Credit.com

July 5, 2011

Mr. Cary L. Flitter,   Attorney At Law
Lundy, Flitter, Beldecos & Berger
450 N. Narberth Avenue
Narberth, Pennsylvania    19072

Dear Mr. Flitter:

It was a pleasure talking with you on the telephone today about your law firm's work in Brian K. Cosgrove, et al  vs.  Citizens Automobile Finance, Inc..

Thank you also for your general inquiry about my expert and consultation services.

An updated list of my cases in which I have testified as an expert in trial and/or in a deposition, plus my resume, are enclosed for your review.

Fee for my work as a consultant and expert witness is $250 per hour.

Retainer amounts will be discussed on a case-by-case basis, and I will deduct my hourly compensation for future work performed and travel expenses. When the requested retainer is exhausted, I will simply bill on a periodic basis according to my specific work performed at your request.

Mr. Flitter, should you or one of your colleagues have any questions, please do not hesitate to contact me.

Sincerely,

David A. Stivers

# David A. Stivers

**CREDIT EVALUATION CONSULTANT**

1650 Gallop Drive, Loxahatchee, Florida 33470
TELEPHONE  (561)  793 - 3150
FACSIMILE  (561)  791 - 1066
David@Know-Credit.com

## Education:

University:  1978: Bachelor of Arts Degree from the University of New Mexico college activities: Swim Team, Wind Ensemble, Public Interest Research Group

*Language skills*: English, German, and Spanish.

Florida insurance licenses: General Lines (including auto / casualty), Life, Health

### Credit / Lending Industry Schools & Seminars:

| | |
|---|---|
| General Motors Corporation | GMAC Credit & Lease Management |
| Ford Motor Company | Red Carpet Lease / Credit Program |
| Chrysler Corporation | Chrysler Credit Evaluation Seminar |
| Equifax (C.B.I.) Training Plan | Oxford Resources - Credit Seminar |
| Toyota Motor Credit Program | A.D.S. Finance Management Plan |
| Experian (TRW) Credit Class | Citicorp; Nissan Motor Acceptance |
| Trans Union Credit Program | Gold Coast School of Insurance |

### Auto Sales & Lending Industry Career & Experience:

Over twenty years ago I began arranging car loans, ultimately promoted to these key positions of responsibility in car dealership & multi-dealership management:

| | |
|---|---|
| Director of Finance | Credit Evaluation Specialist |
| Business Manager | Insurance Policy Evaluator |
| Finance & Insurance Manager | Credit Bureau Report Analyst |
| General Finance Manager | Computer System Trainer |
| New Car Sales Manager | Analysis Report Author |
| Used Car Sales Manager | Business Ethics Lecturer |

### Experience in Credit / Lending Industry:

Evaluated & processed over 40,000 credit applications w/ credit bureau reports. Formulated over 10,000 credit extension decisions, conferring with bank officers.

### Guest Speaker Engagements:

Lecturer on subjects of credit extension, lending practices, and credit scoring to:

| | |
|---|---|
| Florida Office of the Comptroller  (2001) | Washington Attorney General  (1998) |
| Nevada Attorney General  (2004) | California Motor Vehicle Dept. (2001) |
| California credit conference  (2001 & 4) | Fair Credit Reporting Act Conference |

National Association Consumer Agency Administrators conferences (2002, 3, 7)
Palm Beach County Bar Association on topics of credit & disclosure (1995 - 97)

**1995 - 2011 Career Media Coverage**: Television, Radio & Newspaper interviews

| | | |
|---|---|---|
| ABC's *Prime Time Live 20/20* | NBC's *TODAY* | *The Philadelphia Inquirer* |
| The Wall Street Journal | *The Miami Herald* | Miami - Dade Cable Cap TV |
| *The Plain Dealer* (Cleveland) | Forbes.com | *The Palm Beach Post* |
| Ft. Lauderdale Sun-Sentinel | *The Detroit News* | WCHB AM radio in Detroit |
| *The London Daily Express* | Belfast Telegraph | *KHOU TV (CBS) in Houston* |
| CBS Evening News, CBS-12 | *Kiplinger Report* | The Scotsman (Great Britain) |
| *The Orlando Sentinel* | Birmingham News | *Daily Business Review* |
| NBC *News, Steals & Deals* | *The Boston Globe* | The Washington Post |

**Credit Damage Consultation & Expert Witness Capabilities**:

| | | |
|---|---|---|
| credit report evaluation | Federal Truth-In-Lending | damages assessment |
| discrimination in lending | consumer leasing act | justifiable reliance |
| consumer transactions | Magnuson-Moss | financial calculations |
| modern credit scoring | credit reputation slander | evaluate testimony |
| types of credit damages | Fair Credit Reporting Act | identify sales systems |
| role of lending institutions | unfair & deceptive trade | bad faith ramifications |
| permissible credit access | auto warranty programs | insurance issues |
| credit extension practices | consumer fraud | unfair debt collection |
| disclosure to consumers | civil theft or conversion | pressure sales tactics |

**Government Consultation & Pioneering of Consumer Legislation**:

| | |
|---|---|
| Florida Attorney General's Office | Federal Deposit Insurance Corporation |
| Federal Bureau of Investigation | Florida States Attorney's Office |
| Florida Department of Insurance | United States Federal Reserve Board |
| United States Treasury Department | Office of the Comptroller of the Currency |

new law October 1, 1995 by the Florida legislature requiring key lease disclosure

**Consultation for Consumer Action Groups, Attorneys, & Class Actions**:

New York, Florida, Alabama & California lawfirms specializing in class actions
Ralph Nader's Center For The Study Of Responsive Law
Attorneys representing victimized consumers or defending automobile dealers
Key-note speaker for 1997 conference of attorneys general & consumer lawyers
Lecturer at Fair Credit Reporting Act conferences in 2002, '03, '06 on "damages"

**Judicial Recognition & Legislative Commendation**:

Judges have granted me status of "expert" in federal, state court, and arbitration.
The New Mexico state legislature passed a law commending me for my integrity.
At a request of the federal judiciary, I testified on credit monetary damage issues.

**Community Involvement**:

Boy Scouts of America: honored with Eagle Scout Award, sponsor of recognition
elected and served as President of our superb Palm Beach Atlantic Symphony



## David A. Stivers

**CREDIT EVALUATION CONSULTANT**

1650  Gallop  Drive,  Loxahatchee,  Florida  33470

TELEPHONE   **(561)  793 - 3150**
FACSIMILE   (561)  791 - 1066
David@Know-Credit.com

# LIST  OF  MY  CASES,  TESTIFYING  IN  TRIAL  OR  DEPOSITION

Judith Downs  vs.  Palm Beach Toyota,  et al

circuit court, Palm Beach County, Florida

Irwin Gottlieb  vs.  Palm Beach Toyota,  et al

circuit court, Palm Beach County, Florida

Charles Fuller  vs.  Palm Beach Toyota,  et al

circuit court, Palm Beach County, Florida

Sophie Korwek  vs.  Schumacher Buick, et al

circuit court, Palm Beach County, Florida

Jane Rankine  vs.  Palm Beach Lincoln-Mercury

circuit court, Palm Beach County, Florida

Carteris & Remley  vs.  Stewart Pontiac

circuit court, Palm Beach County, Florida

Kathleen Volpe  vs.  Schumacher Buick-Oldsmobile
                                    circuit court, Palm Beach County, Florida


Edwards Cummings  vs.  Warren Henry Motors
                                    circuit court, Broward County, Florida


Robert V. & Elizabeth P.  Brownlee  vs.  Al Packer Ford
                                    circuit court, Palm Beach County, Florida


World Omni Financial Corporation  vs.  Bruce L. & Tamara H. Taylor
                                    circuit court, Broward County, Florida


Thomas J. Saporito  vs.  Wallace Nissan, et al
                                    circuit court, Palm Beach County, Florida


Walter B. & Dorothy A. Russell  vs.  Jim Peacock Dodge, et al
                                    circuit court, Volusia County, Florida


Hudson  vs.  Terry Taylor Deland Nissan
                                    circuit court, Deland, Florida


Eric G. Facey  vs.  West Palm Nissan, et al
                                    circuit court, Palm Beach County, Florida


Mildred Parrish  vs.  World Omni Financial Corporation, et al
                                    federal court, Alabama, southern district


Cora L. Jones  vs.  Mike Junkin Ford, Inc.
Shirley Wright       Ford Motor Credit Company
                                    county court, Pickens County, Alabama

Ronald Laesser  vs.  Ed Morse Cadillac
                         General Motors Corporation
                         General Motors Acceptance Corporation
                                    circuit court, Palm Beach County, Florida

Alberto Salas  vs.  Miami Honda
                        circuit court, Dade County, Florida


Mitchell & Elsa Kay  vs.  Morse Operations, Inc. d/b/a Delray Toyota
                        circuit court, Palm Beach County, Florida


Roger A. Even  vs.  Courtesy Pontiac
Pamela Even                Bank of America Auto Financial Corporation
                        state court, Clark County, Nevada


Sandra L. Soto vs. Esserman Nissan, et al
                        circuit court, Dade County, Florida


James K. Lawless vs. Freedom Dodge Jeep Eagle, Inc.
                        state court, Lexington, Kentucky


Jerry Flynn   vs.   White Chrysler-Plymouth-Dodge of Ripley, Inc.,  et al
Carla Flynn
                        circuit court, Kanawha County, West Virginia


Russell MacClellan   vs.   Daimler Chrysler Corporation,  et al
Nancy MacClellan          Courts Motors, Inc.
                        circuit court, Kanawha County, West Virginia


Priscilla Trevillion  vs.  Credit Acceptance Corporation,  et al
                        county court, Summit County, Ohio


Credit Acceptance Corporation  vs.  Adam Chuluda,  et al
                        county court, Summit County, Ohio


Rodney Paolinetti  vs.  Roulette Dealership Group, Inc.
                        d/b/a  Courtesy Chevrolet-Geo
                        state court, San Jose, California

Leo L. Belton, Jr.  vs.  Ford Motor Company,  et al
                              county court, Summit County, Ohio


Beverly J. Perry  vs.  Century Ford, Inc.,  et al
                              state court, Fresno, California


Johnetta Scott  vs.  Borton Motors, Inc.
                              circuit court, Palm Beach County, Florida


Wilbur Gross  vs.  Spitzer Buick, Inc.,  et al
                              county court, Summit County, Ohio


Isabel G. Cisneros  vs.  Sanger Ford - Mercury, Inc.,  et al
                              state court, Fresno, California


Kenneth S. O'Neal  vs.  Ganley Dodge, Inc.
                              Common Pleas Court, Cuyahoga County, Ohio


Roger Nichols     vs.     Family Ford, Inc.  d/b/a  Brandon Ford
Frances Nichols
                              circuit court, Plant City, Florida


National City Bank  vs.  Bettie J. Davidson  vs.  Klaben Ford, Inc.
                              Richard Davidson
                              county court, Summit County, Ohio


Vicki Parisi  vs.  Fred Godard Ford,  et al
                              county court, Summit County, Ohio


Josephina Esquivel  vs.  Century Ford, Inc.,  et al
Pilar Esquivel
                              state court, Fresno, California

Neng Vang   vs.   Century Ford / Mazda, Inc.,   et al
Yer Kong
state court, Fresno, California


Elane Yeh   vs.   Falore Nissan,   et al
state court, San Jose, California


Estella Knight       vs.   Palm Auto Plaza, Inc.  d/b/a  Palm Beach Toyota
Sharlene Satchell           Primus Automotive Financial Services
circuit court, Palm Beach County, Florida


Suntrust, South Florida, National Association  vs.  Thelma B. Johnson
f/k/a  Sun Bank / South Florida, N.A.                            vs.
Palm Beach Imports, Inc. d/b/a
Braman Honda Of Palm Beach

circuit court, Palm Beach County, Florida


John M. Chadwick   vs.   Chevrolet Motor Division of General Motors Corporation
state court, Maricopa County, Arizona


Jean Marie LeSueur   vs.   Stewart Agency, Inc.
Bernadette LeSueur           d/b/a  Stewart Toyota of North Palm Beach
Shawmut Bank, FSB  n/k/a  Fleet National Bank

circuit court, Palm Beach County, Florida


Marcos Gonzales   vs.   Worthington Dodge of Carlsbad, Inc.,   et al
state court, San Diego, California


Richard William Alsen   vs.   Forest Lake Chrysler-Plymouth-Dodge, Inc.,   et al
county court, Stillwater, Minnesota


Rachelle Adams   vs.   Tom DuBose Chevrolet, Inc.,   et al
state court, Madera, California

Rodriguez   vs.   Boniface-Hiers Buick, Inc. & Universal Underwriters Insurance
vs.
Susan McDowell
Infinity Insurance Company

circuit court, Dade County, Florida

Elon J. O'Connor   vs.   Chrysler Corporation,  et al
county court, Fairfax, Virginia

Jesse Freeman, Jr.   vs.   Bertone, Inc.
Precision Infiniti
Tony Denver
Michael Murphy
William Tobia
Robert Skinner
state court, Atlantic City, New Jersey

Bessie Smith,  et al   vs.   Precision Chevrolet Oldsmobile
Callowhill Consumer Discount Company
Merv Taylor
Brett Denver
state court, Camden, New Jersey

Maureen McGlashing   vs.   R.L. Gomes, Inc.
Arbella Mutual Insurance Company
county court, Dedham, Massachusetts

Jeffrey Elghanayan   vs.   Beverly Hills Porsche
Susan Elghanayan            Truck Insurance Exchange    et al

state court, Los Angeles, California

Carmelita Burton   vs.   Ganley Nissan

Common Pleas Court, Cuyahoga County, Ohio

Kars Yes Financial, Inc.   vs.   DeWann White
                                state court, Los Angeles, California


Robert J. Tatum   vs.   General Motors Corporation
Carla L. Tatum        Hadwin White Pontiac Buick GMC Trucks Subaru, Inc.
et al             et al
                 common pleas court, Horry County, South Carolina


Frank Ferrara   vs.   Allstate Insurance Company
                            circuit court, Palm Beach County, Florida


William T. Snodgrass   vs.   Joe Holland Chevrolet, Inc.
Sybil A. Snodgrass
                       circuit court, Charleston, West Virginia


Wallace Lincoln-Mercury, Inc.   vs.   Susan Pinto
                     circuit court, Palm Beach County, Florida


German Colin, et al   vs.   Chapman Chandler Auto Sales, Inc., et al
                         state court, Maricopa County, Arizona


Erin Kibbee   vs.   Universal City Nissan, Inc., et al
                     state court,  Los Angeles, California


Palm Auto Plaza, Inc.   vs.   Daisy Freeman
               Martha Freeman.
                   circuit court, Palm Beach County, Florida


Glenene Tarrant   vs.   National Auto Credit, Inc.  et al
Ricky Tarrant                federal court, Northern District of Alabama


Braulio Rodriguez   vs.   Liberty Motors, Inc.  d/b/a  Liberty Chevrolet
              Bank Of The West
                  Superior Court,  Fresno County, California

Primus Automotive Financial Services, Inc.   vs.   Otto-Wal, Inc.
      d/b/a Mazda American Credit
                     federal court, northern Ohio, western division


Frank H. Clark   vs.   Olive Kashick  d/b/a  R.C.M. Auto Brokers
           Steven Kashick
                   county court, Dedham, Massachusetts


Roy Weiler   vs.   Wallace Lincoln-Mercury, Inc.
                 circuit court, Palm Beach County, Florida


Janice Sokol   vs.   Marina Motor Company
         General Motors Acceptance Corporation
                state court, San Jose, California


Patricia Speidel   vs.   Martin Chevrolet, Inc.
         Bank One, Inc.
               state court, Trumbull County, Ohio


Troy Vickery   vs.   Gaestel Motor Company, Inc.  d/b/a  Merced Toyota,  et al
Shelly Vickery
                state court, Modesto, California


Tomasa Gomez   vs.   Estate of Alfredo Perez
Sadie Rodriguez    Shaver Auto Center
         Shaver Automotive Group, Inc.
                state court, Riverside, California


Dennis Johnson   vs.   Gulfco Finance, Inc.
Brenton Johnson    Auto-matic Credit, Inc.
Tiffany Johnson
            federal court, Middle District of Louisiana


Sharon Sommer,  et al   vs.   Ford Motor Company
           Mid-Valley Ford, Inc.
                state court, McAllen, Texas

Dave Ohmer   vs.   Brookpark Big Lot
                   Fifth Third Bank of Northeast Ohio
                                    Common Pleas Court, Cleveland, Ohio


Frederick L. Preston   vs.   Century Ford, Inc.
Janet Tumm Preston
                                    state court, Fresno, California


Kendrick J. Hamilton   vs.   Hays Hyundai, Inc.  d/b/a  Hays Mazda, Inc.
                                    chancery court, Davidson County
                                                        Tennessee


Fidelmar Diaz   vs.   Fresno Dodge, Inc.
Aida Diaz             Wells Fargo Bank
                                    state court, Fresno, California


Kenneth Coats   vs.   Keystone Chevrolet, Inc.
Patricia Coats
                                    District Court, Tulsa County, Oklahoma


James C. Tanner, Jr.   vs.   Hill Kelly Dodge, Inc.
                             Chrysler Corporation
                                    circuit court, Pensacola, Florida


Christine Story   vs.   Manteca Ford-Mercury, Inc.,  et al
Patrick Story
                                    state court, Stockton, California


MacKenzie Kohl   vs.   Bostal Ltd., Inc. d/b/a Val Strough Honda
Taylor Kohl            Monterey Federal Credit Union
                                    state court, Alameda County, California


Regina Johnson   vs.   Hyundai Motor America, Inc.
                       Rita Case Cars, Inc.
                           d/b/a  Rick Case Mitsubishi
                                    Common Pleas Court, Cleveland, Ohio

Roque S. Richie   vs.   Tuttle-Click, Inc.
                          V.I.P. Services           state court, Orange County, California


Tim Devito   vs.   Bob Krihwan Pontiac GMC Truck, Inc.
Renee DeVito
                                    Common Pleas Court, Cleveland, Ohio


Joseph A. Bescos   vs.   Vince Wiese Chevrolet  d/b/a  Scott Irvin Chevrolet, et al

                                    Superior Court,  Northern Valley District
                                    County of Los Angeles,  California


Georgia Renner   vs.   Dan Gamel, Inc.  d/b/a  Fresno RV Center
David Soldana
                                    Superior Court, Fresno County, California


Tashara Hudnell,  et al   vs.   Berger Chevrolet, Inc.
                                    General Motors Acceptance Corporation

                                    United States District Court
                                    Western District of Michigan
                                    Southern Division


Shahab Perleschi   vs.  Mathew Zaheri Corporation d/b/a Volkswagen of Hayward
                          Mathew Zaheri
                          General Electric Capital Auto Leasing, Inc.

                                    Superior Court, Alameda County, California


BancAmerica Auto Finance Corporation   vs.   Larry Whithorn

                                    Superior Court, Riverside County, California


Michael C. Daugherty, Sr.  vs.  Razzari-Visalia, Inc. d/b/a Razzari Ford-Mitsubishi
Margarita D. Daugherty           A J Acceptance Corporation

                                    Superior Court, Tulare County, California

Willis Parker   vs.   Dan Gamel, Inc.  d/b/a  Dan Gamel's Fresno R.V. Center
Helen Parker                Bombardier Capitol Florida, Inc.

                                    Superior Court, Fresno County, California


Michael Dunnington   vs.   Fresno Dodge, Inc.
Retta Dunnington
                                    Superior Court, Fresno County, California


Elizabeth Bryant   vs.   Walt Sweeney Automotive, Inc.
Richard Bryant            Fifth Third Bank

                                        Common Pleas Court, Hamilton County, Ohio


John Ertel   vs.   Towne Motors, Inc.
                    Fifth Third Bank
                                    Common Pleas Court, Hamilton County, Ohio


Susan K. Geller,  et al  vs.   Onyx Acceptance Corporation,  et al

                                    Superior Court, San Diego County, California


Donna Jones   vs.   Nissan Motor Acceptance Corporation
Wesley Jones          Grand Strand Nissan, Inc.
                        Equifax Credit Information Services
                        Trans Union Corporation a/k/a Dyna-Fin, Inc.
                        Western Surety Company

                                    Common Pleas Court, Horry County, South Carolina


Elise Zardus   vs.   Jim Norton Buick, Inc.,  et al

                                    District Court, Tulsa County, Oklahoma


Mark Hartzfeld   vs.   Friendly Ford, Inc.,  et al

                                        state court, Clark County, Nevada

Martin Luther King   vs.   King Motor Company of Fort Lauderdale
Primus Automotive Financial Services, Inc.
Kia Motors of America, Inc.

circuit court, Broward County, Florida


Angela L. Pearn   vs.   Daimler-Chrysler Corporation,  et al

Common Pleas Court, Summit County, Ohio


Alan Johnson   vs.   The Lease Outlet, Inc.
Wells Fargo Leasing Corporation
d/b/a Wells Fargo Auto Finance, Inc.
et  al
Superior Court, Sacramento County, California


Loretta Ramdial   vs.   American And Import Car Sales
d/b/a  Jumbo Auto And Truck Sales
Premier Partners, Inc.

Circuit Court, Broward County, Florida


Jerry L. Rogers   vs.   Bingham Toyota, Inc.
Jerry A. Rogers
Superior Court, Fresno County, California


Tena Trotter   vs.   Doenges Brothers Ford, Inc.
Dolores  Smith
District Court, Tulsa County, Oklahoma


Leisha Nickson,  et al   vs.   Baker-Jackson Astrodome, L.L.C.
d/b/a  Baker-Jackson Nissan

County Civil Court At Law # 2, Harris County, Texas


Timothy C. Bass   vs.   George P. Ballas Buick-GMC Truck, Inc.
Maria Bass
Common Pleas Court, Lucas County, Ohio

Robert Perrine,  et al   vs.   Edgar Padilla Solis
Audi of Downtown Los Angeles
Felix Auto Center

Superior Court, Kern County, California

April L. McTeer   vs.   Team Nissan L.L.C.
Banc One Credit Company

Superior Court, Ventura County, California

Latasha Little   vs.   Potamkin Toyota, Inc.

Circuit Court, Dade County, Florida

Teri Lynn Decker   vs.   Santa Cruz Nissan
VW Credit, Inc.
Steve Butler
Scott Jarrett

Superior Court, Santa Cruz County, California

Craig Beaubien,  et al   vs.   Gaestel Motor Company Inc. d/b/a Toyota of Merced

Superior Court, Merced County, California

George Dienemann   vs.   Autohaus, Inc.
Mercedes Benz Credit

Circuit Court, Broward County, Florida

Margaret Bradley   vs.   Ganley Oldsmobile, Inc.

Common Pleas Court, Cuyahoga County, Ohio

Yolanda Gilcrease   vs.   Ganley Oldsmobile, Inc.

Common Pleas Court, Cuyahoga County, Ohio

Beverly Taylor   vs.   United Management, Inc.  d/b/a  Westside Chrysler
                                                       Plymouth Jeep Eagle

U.S. District Court, Albuquerque, New Mexico


Greg Johnson   vs.   Decker Ford, Inc.
Joann  Johnson        Ford Motor Company
   et al

Superior Court, Fresno County, California


Michael Gaines   vs.   Prestige Cars, Inc.
   et al               Donald D. Ball
                       Associates Financial Services Company Of California, Inc.

Superior Court, Fresno County, California


Ricky Dunn   vs.   Michael Cadillac, Inc.  d/b/a  Michael Automotive Center
Julie Dunn          Arcadia Financial Corporation

Superior Court, Fresno County, California


Mercury Finance Company of Florida   vs.   Selvyn G. Gooden
                                           Colleen Gooden

Circuit Court, Broward County, Florida


Eva McFarland   vs.   Ganley Pontiac Honda, Inc.

Common Pleas Court, Cuyahoga County, Ohio


Chris Phillips   vs.   Young Automotive Team, Inc.  a/k/a  Bonanza Motors
Teresa Phillips        Chick Cameron
                       District Court of the Fifth Judicial District
                       Cassia County, Idaho


Aaron Michaels   vs.   Peoples Chrysler Plymouth Ford Jeep, Inc.

Superior Court, Butte County, California

Raul Mendoza   vs.   Gwen Lucci
                     Cars And Trucks 2000

                                   Superior Court, San Diego County, California


Provident Bank   vs.   Eva J. Cypryla   vs.   Star Chevrolet, Inc.

                                   Akron Municipal Court, Summit County, Ohio


Maria Alvarez   vs.   Hanford Chrysler-Plymouth-Dodge, Inc.  d/b/a  Liberty C-P-D
Leonel Alvarez        Bank Of The West
                                   Superior Court, Kings County, California


Oswald Lorenzo Giron   vs.   Courtesy Auto Sales, Inc.
Janet Wojcik                 CMAC, Inc.

                             United States District Court,  District of Nebraska


Alfred Bell   vs.   City Side Wholesale Corporation, et al

                             Court of Common Pleas, Cuyahoga County, Ohio


Kathie Magill   vs.   Joe Johnson, Inc.  d/b/a  Joe Johnson Chevrolet
Donald Magill         General Motors Corporation

                             Court of Common Pleas, Miami County, Ohio


Richard W. Turner   vs.   Joey's Auto Brokers, Inc.
                          TranSouth Financial Corporation

                                   United States District Court
                                   Southern District of Florida
                                   Miami Division


Kelly A. Tinsley   vs.   Courts Motors, Inc.
Michael L. Tinsley       DaimlerChrysler Corporation

                             circuit court, Kanawha County, West Virginia

Kelly Acker   vs.   G.F.B. Enterprises, L.L.C.  d/b/a  Lexus of Kendall

Circuit Court, Dade County, Florida

Timothy G. Knapp   vs.   Americredit Financial Services, Inc.
Angela D. Knapp           Cox Pontiac-Buick, Inc. d/b/a Crown Pontiac-Buick-GMC
                          Henry Marino

United States District Court
Southern District of West Virginia

James Yoon   vs.   ERA Champion Real Estate, Inc.
                   Kyong Rae Ruebsamen
                   Gene D. Ruebsamen
                   Dale Gene Ruebsamen

Superior Court, Orange County, California

Rex L. Tandy   vs.   Raymond Marti  d/b/a  Beach Sales
                     Dave Sinclair Ford, Inc.

United States District Court
Southern District of Illinois

Wanda Duncan (Godwin)   vs.   Riverside Autoplex L.L.C.
Winston  Godwin               Ford Motor Credit Company
                                      d/b/a Mazda American Credit

District Court, Pittsburg County, Oklahoma

Candida Ureno   vs.   Towbin Dodge, L.L.C.  d/b/a  Towbin Superstore
                      Wells Fargo Auto Finance, Inc.

United States District Court
District of Nevada

Wayne Pottinger  vs.  AutoNation U.S.A. Corporation d/b/a Maroone Toyota, Inc..

17th Circuit Court, Broward County, Florida

Madelein M. Dominguez   vs.   Ford Motor Company

17th Circuit Court, Broward County, Florida

Lynn Sweatman   vs.   Sonic -- North Charleston, Inc.
d/b/a Altman Lincoln-Mercury, Inc.

United States District Court
District of South Carolina
Charleston Division

Carol Rayhill   vs.   Reed Motors, Inc., et al

9th Circuit Court, Orange County, Florida

Ilkwon O   vs.   American Express Company
First Sierra Financial, Inc. a/k/a Sierracities.com
Hemar & Associates

Superior Court, Los Angeles County, California

Eduardo E. Diaz   vs.   Park Finance of Broward, Inc.
Associated Investigators, Inc.

15th Circuit Court, Palm Beach County, Florida

Shaun Mienke   vs.   Chapman Chrysler Plymouth Jeep, L.L.C.
Karen Mienke                                        a/k/a Chapman Dodge

District Court, Clark County, Nevada

Roderic County   vs.   American Credit Agencies, Inc.
Joann County           Pacific Bell Telephone Company

Superior Court, San Francisco County, California

Mack Mitchell Bost, II   vs.   General Motors Corporation,  et al

                                          Court of Common Pleas,  4th Judicial Circuit
                                          Darlington County,  South Carolina

William Franklin Robinson   vs.   Richardson Ford, L.L.C.
                                          RLI Insurance Company

                                          Court of Common Pleas,  15th Judicial Circuit
                                          Horry County,  South Carolina

Richard K. Miller   vs.   Richardson Ford, L.L.C.
                                     Neal Fipps
                                     RLI Insurance Company

                                          Court of Common Pleas,  15th Judicial Circuit
                                          Horry County,  South Carolina

Edward Essayan   vs.   Allianz Life Insurance Company of North America
                                Health Plan Administrators, Inc.

                                                United States District Court
                                                Southern District of Florida
                                                West Palm Beach Division

Ralph Potts, Sr.   vs.   AFCO Finance Corporation
Dorothy Potts
                                   17th Circuit Court, Broward County, Florida

Bret Lee   vs.   Desert Dodge, Inc.
Carrie Lee
                                       District Court, Clark County, Nevada

Hendrix Brewer   vs.   Monaco Coach Corporation
Rae Brewer                  Ford Motor Company
                         Tom Raper, Inc.
                         Firstar Bank, N.A.

                                     Common Pleas Court, Montgomery County, Ohio

Linda Jones   vs.   Metro Chrysler-Plymouth, Inc.
Metro Dealerships
Independence Motor Sales, Inc.

Court of Common Pleas
Philadelphia County,  Pennsylvania


Tarvasha Cropp   vs.   Gene Reed Toyota, Inc.

Court of Common Pleas for the 9th Judicial Circuit
Charleston County, South Carolina


Conrad Tucker  vs.   Findlay Management Group  d/b/a  Findlay Toyota
Mary Lou Tucker          Tommy Taylor
Richard Kaye
Kirk (Doe)
John Barr

District Court, Clark County, Nevada


Wendy Sue Schroeder   vs.   American Honda Finance Company
Birom Solutions, Inc.  d/b/a  Acura of Charleston
d/b/a  McDaniels Acura / Porsche
Bill McDaniels

Court of Common Pleas for the 9th Judicial Circuit
Charleston County, South Carolina


Jo Carol Kendrick, et al  vs.  State Farm Mutual Automobile Insurance Company

11th Circuit Court, Dade County, Florida


Paulino Morales   vs.   Fresno Dodge, Inc.
Sandra Vera          Wells Fargo Bank

Superior Court, Fresno County, California

Barbara Traverse, et al   vs.   Fresno Dodge, Inc.

                               Superior Court, Fresno County, California

Cathy Williams   vs.   St. Lucie County School Board
                   McCreary Corporation
                   Fringe Benefits Management Company

                        19th Circuit Court, St. Lucie County, Florida

Michael M. Ciccarone   vs.   B.J. Marchese, Inc.
Rhonda Mekosh           Benjamin Marchese, Jr.
Michael Mekosh         Benjamin Marchese, III
                       United States District Court
                  Eastern District of Pennsylvania

Garry Ioffe   vs.   Skokie Motor Sales, Inc.  d/b/a  Sherman Dodge

                     United States District Court
                     Northern District of Illinois
                     Eastern Division

Jennifer Neal   vs.   Bavarian Motors, Inc.
               Aded Benaleou
               Ashir Benaleou
               MFN Financial Corporation
               Mercury Finance Company, L.L.C.
               Consumer Portfolio Services, Inc.

                     Court of Common Pleas
                     Philadelphia County,  Pennsylvania

Brian Togyer   vs.   Gunther Motor Company of Plantation, Inc. d/b/a Gunther VW
               Volkswagen of America, Inc.
               VW Credit, Inc.
                   17th Circuit Court, Broward County, Florida

Caroline N. Anderson   vs.   Ed Voyles Automotive Group, Inc.
Ed Voyles Motor Company

Superior Court, Cobb County, Georgia

Joseph Fox   vs.   Independence Chrysler-Plymouth, Inc.

Court of Common Pleas
Philadelphia County,  Pennsylvania

Theodore W. Creighton   vs.   Fairway Automotive Group, Inc.
d/b/a Fairway Cadillac

Court of Common Pleas
Philadelphia County,  Pennsylvania

Stephen Craig Gamble  vs.  Washington Mutual Home Loans, Inc.
Treynett Gamble

United States District Court
Northern District Of Alabama
Southern Division

Sandra Smith   vs.   General Motors Corporation
Anthony Smith          General Motors Acceptance Corporation
The Walker Auto Group, Inc.

Court of Common Pleas
Montgomery County, Ohio

Alfredo Alfonso   vs.   Allstate Insurance Company
Carmen  Alfonso
11th Circuit Court, Dade County, Florida

Raymond Clausing   vs.   Toyota Of North Hollywood, Inc.
Donald Hankey
Chris Ashworth

Superior Court, Los Angeles County, California

Zachary Casella   vs.   Southwest Dealer Services, Inc.
                        Eric Hamann
                                    Superior Court, Orange County, California


Angela "Dawn" Welch   vs.   Suntrup Hyundai, Inc.

                                    Circuit Court of Jefferson County, Missouri


Tamara Holland   vs.   GMAC Mortgage Corporation
Bryan Holland
                                    United States District Court
                                    District Of Kansas

Virginia Galura,  et al  vs.   Sonic Automotive, Inc.

                        13th Circuit Court, Hillsborough County, Florida


Shonte Howard   vs.   Gateway Chevrolet - Oldsmobile, Inc.

                                    American Arbitration Association
                                    Cook County (Chicago), Illinois


Alex Karakhanov   vs.   MBNA America Bank, N.A.

                                    United States District Court
                                    Eastern District Of Missouri


Christine Olson   vs.   Hembrough Chrysler, Jeep, Dodge, Inc.
Joyce Olson
                                    Circuit Court, Rock County, Wisconsin


Kathleen Rollinson   vs.   Maroone Chevrolet Ft. Lauderdale, Inc.
Keith Rollinson
                        17th Circuit Court, Broward County, Florida


Yamile Botella   vs.   Klein Motors, Inc.  d/b/a  Ford Of North Miami Beach

                        11th Circuit Court, Dade County, Florida

Charis Armstrong   vs.   Legend Automotive Group, Inc. d/b/a Legend Mazda

American Arbitration Association
Kansas City, Missouri


Charles E. Campbell   vs.   Charlie Earehart, Inc.
Peggy L. Campbell            DaimlerChrysler Corporation
                             Chrysler Financial Company, L.L.C.

Circuit Court, Kanawha County, West Virginia


Betty J. McGilberry   vs.   Equifax Information Services, L. L. C.
                            Experian Information Solutions, L. L. C.
                            Direct Merchants Bank
                            Sherman Acquisition, L. P.

United States District Court
Southern District of Alabama
Southern Division

Mark Harvey   vs.   Power Ford
Linda Harvey         AutoNation

Superior Court, Los Angeles County, California


Lewis Bennett   vs.   Cherry Hill Dodge, Inc.

JAMS New York Arbitration


Benson C. Okafor   vs.   G.F.B. Enterprises, L.L.C.  d/b/a  Lexus of Kendall

11th Circuit Court, Dade County, Florida


Donna Farley   vs.   Crystal Williams
                     U.C. Lending

United States District Court
Western District of New York

Suzanne Frink   vs.   Sonic - Plymouth Cadillac, Inc.  d/b/a  Don Massey Cadillac
General Motors Acceptance Corporation

Circuit Court for the County of Wayne, Michigan


A. Joseph Pizzi   vs.   Ford Motor Company
Ford Motor Credit Company
Hooley Family Management, Inc.

17th Circuit Court, Broward County, Florida


Jodi Ann La Chapelle-Glass   vs.   Potamkin Chevrolet, Inc.
Michael Lee Glass                         d/b/a Potamkin South

11th Circuit Court, Dade County, Florida


Dawn Hommes   vs.   Darlene Maupin  f/k/a  Darlene Moppin
Bellsouth Telecommunications, Inc.

17th Circuit Court, Broward County, Florida


Jill S. Simpson   vs.   Central Valley RV Outlet, Inc.

Superior Court, Fresno County, California


Danny Martin Rosten   vs.   Morgana Motors, Inc.
Thomas Morgana
A.V. Autolane

Superior Court, Los Angeles County, California


Brian W. Sevilla   vs.   Anderson Chevrolet
Cynthia Alfsen           Autonation USA Corporation
Ramiro M. Alvarez

Superior Court, San Mateo County, California

Atlantic Financial Services, Inc.   vs.   Amy Shoemaker,  et al
                                         Sue Walker,  et al
                                              vs.
                                         Pro Car Auto Group, Inc.

                                              Steubenville, Ohio Municipal Court


Peggy Ann Holdman Simmons   vs.   Hansel Ford, Inc.
Jamaal McKinley Holdman Gray

                                         Superior Court, Sonoma County, California


Clayton Eugene Schauer   vs.   Morse Operations, Inc. d/b/a Ed Morse Chevrolet
                               General Motors Acceptance Corporation

                                    17th Circuit Court, Broward County, Florida


Jose Cerda   vs.   Sage Automotive Group
                   Glendale Nissan

                               Superior Court, Los Angeles County, California


Hector M. Velasco   vs.   Auto Nation USA of Perrine, Inc.
                          d/b/a  Maroone Nissan of Kendall

                               11th Circuit Court, Miami-Dade County, Florida


John Chapman   vs.   King Motor Company of South Florida
Terry G. Villaire
                               American Arbitration Association


William Carbo,  et al  vs.   A&M Merchandising, Inc., et al

                               Superior Court, Hudson County, New Jersey


Linda Trout,  et al  vs.   Vineland Mitsubishi,  et al

                               Superior Court, Cumberland County, New Jersey

Douglas Holloway   vs.   Monaco Coach Corporation
Rita Holloway

United States District Court
District of Delaware


Ben Martinez, Jr.   vs.   Chase Chevrolet
Isaiah Martinez              General Motors
                             Howell Ventures, Ltd.
                             Specialty Services

Superior Court, San Joaquin County, California


Bethany Howell   vs.   Dolphin Automotive, Inc.

17th Circuit Court, Broward County, Florida


GSI Security & Protection Services   vs.   Bill Heard Chevrolet Corp. - Las Vegas
Guardian Security, Inc.                     Western Surety Company
Kevin Murray
                                     District Court, Clark County, Nevada


Marilyn Wagner,  et al  vs.   Fredrick L. Culp
                              Murray Motor Import Company

District Court, Denver County, Colorado


Christopher Trout   vs.   BMW of North America
                          BMW Financial Services
                          Desert BMW of Henderson

United States District Court
District of Nevada

Ford Motor Credit Company
vs.
Mario Lara and Elvira Mares
vs.
Tamiami Ford, Inc. and Joe D. Lowdermilk

20th Circuit Court, Collier County, Florida

David Coleman   vs.   Lazy Days RV Center, Inc.

> United States District Court
> Middle District of Florida
> Tampa Division

Coconut Grove Bank   vs.   St. Paul Mercury Insurance Company

> 11th Circuit Court, Dade County, Florida

United States of America   vs.   Angel Hernandez
David Brown
Richard Brown
Nelson Datil

> United States District Court
> District of Connecticut

Paul J. Wise   vs.   Olshan Hotel Management, Inc.
John J. Dougherty
Marco Beach Hilton, Inc.

> 20th Circuit Court, Collier County, Florida

Eddie M. Diaz   vs.   Paragon Motors of Woodside, Inc.
AmeriCredit Financial Services, Inc.

> United States District Court
> Eastern District of New York

Frank McCorkle   vs.   S&H Charleston, Inc. d/b/a Charleston Mitsubishi
Mary McCorkle          Tierre L. Hilliard
Frances McCorkle       Mirtikis B. Jamison

> Court of Common Pleas
> Orangeburg County
> South Carolina

Yale I. Turner   vs.   Home Depot, U.S.A., Inc.

                              Boston Municipal Court
                              Massachusetts
                              Central District


Motor World, Inc.   vs.   Impulse Sales, Inc. d/b/a United Charities of America
                          Auto-Owners Insurance Company

                              17th Circuit Court, Broward County, Florida


William F. Collins   vs.   State of California
Barbara Y. Collins         et al
                              Superior Court, San Joaquin County, California


Angela J. Eredita   vs.   TT of Coconut Creek, Inc.  d/b/a  Fairbanks Dodge

                              17th Circuit Court, Broward County, Florida


Jennifer Jackson   vs.   General Motors Acceptance Corporation
                         Morse Operations  d/b/a  Ed Morse Chevrolet

                              17th Circuit Court, Broward County, Florida


Mortgage Electronic Registration Systems, Inc.   vs.   Reginald W. Turner,  et al

Desiree Gerhardt (3rd party)  vs.   Jane Doe,  et al (3rd party)

                              12th Circuit Court, Lincoln County, New Mexico


Gail L. Opgenorth   vs.   Hesser Toyota, Inc.,  et al

                              Circuit Court, Jefferson County, Wisconsin


Brian Cook   vs.   Coral Springs Nissan, Inc.

                              American Arbitration Association

State of Texas   vs.   Burns Motors, Inc.

          275th Judicial District Court
          Hidalgo County, Texas


William Wood   vs.   David Stanley Dodge, L.L.C.,  et al

          District Court, Oklahoma County, Oklahoma


Luisa B. Hernandez   vs.   International Mall Motor Company
          d/b/a  Esserman International Kia

          United States District Court
          Southern District of Florida


Coleman McCall, Jr.   vs.   Drive Financial Services, L.P.
et  al          Drive GP, L.L.C.
          Court of Common Pleas
          Philadelphia County,  PA


Petit Paul Dorestin   vs.   Hollywood Imports, Inc.
Jeannette K. Dorestin      d/b/a Maroone Honda of Hollywood

          17th Circuit Court, Broward County, Florida


Crystal Eastwood   vs.   American Family Mutual Insurance Company
Ivey Eastwood        a/k/a  American Family Insurance Group
         American Family Life Insurance Company

          Circuit Court, Multnomah County, Oregon


Copans Motors, Inc.  d/b/a  Champion Audi   vs.   Rosario Contreras

          17th Circuit Court, Broward County, Florida


Ford Motor Credit Company   vs.   Sudesh Agrawal

          Court of Common Pleas, Cuyahoga County, Ohio

June C. Marsh  vs.  Treasure Coast Motor Sales, Inc. d/b/a Toyota of Stuart, et al

American Arbitration Association

Hazel M. Elkins   vs.   Tri-State Chrysler Jeep, LLC
Sharon Frye                Wells Fargo Financial Acceptance West Virginia, Inc.

Circuit Court
Lincoln County, West Virginia

First Union National Bank   vs.   Indian River Enterprises, Inc.
                                    James E. Martin

17th Circuit Court, Broward County, Florida

Cesario Guajardo   vs.   Avondale Automotive Imports, Inc.
et al
                            Superior Court, Maricopa County, Arizona

Michael Chaparro   vs.   Palm Beach County Sheriff's Office

15th Circuit Court, Palm Beach County, Florida

Ricky L. Ward   vs.   Clarion Mortgage Capital, Inc.
Karen A. Ward          Scott L. Davis
                            District Court of Johnson County, Kansas

Quinyon L. Washington   vs.   Bob Howard Chevrolet, Inc.
                                Bank Of Oklahoma, N.A.

District Court, Oklahoma County, Oklahoma

Linda Economus   vs.   Jay Pontiac, Inc. d/b/a Jay Honda
John Economus          American Honda Finance Corporation
                        Honda Lease Trust
                        James E. Baka
                        Michael Stoughton

Court of Common Pleas, Cuyahoga County, Ohio

Nelida Otero   vs.   Potamkin Toyota, Inc.
World Omni Financial Corporation

11th Circuit Court, Miami-Dade County, Florida


Kevin K. Gable   vs.   Don Mealey Chevrolet, Inc.
April L. Gable            d/b/a  Courtesy Chevrolet On West Colonial

American Arbitration Association


Sandia McKay   vs.   Sunset Pontiac - GMC Truck So., Inc.
d/b/a  Autoway Pontiac GMC & Autoway Pontiac GMC-South

6th Circuit Court, Pinellas County, Florida


Altramease Kelly   vs.   Chrysler Financial
Hollywood Chrysler Jeep

American Arbitration Association


Jessica Tome   vs.   State Farm Fire & Casualty Insurance Company

15th Circuit Court, Palm Beach County, Florida


Jimmie V. Giles   vs.   EMC Mortgage Corporation
Vivian D. Giles
13th Circuit Court, Hillsborough County, Florida


Helen L. Betts   vs.   HSBC Mortgage Services, Inc.
Allen Betts            Decision One Mortgage Company, LLC

District Court, Wyandotte County, Kansas


Vernon Marquis   vs.   Off Lease Only, Inc.
Riverside National Bank Of Florida

American Arbitration Association

Martha Ann Cooper   vs.   Americas Servicing Company
Wells Fargo Bank, N.A.

United States District Court
Northern District of Alabama
Southern Division

Rocky Edwards   vs.   Spreen, Inc.
Jon Richert          Greg Spreen
Jeffrey Spreen
Chet Spreen

Superior Court of California
County of San Bernardino

David Moses   vs.   Automax
Tammy Moses      Hyundai Motor Finance Company
Hyundai Motor America
Curtis Hall

District Court
Oklahoma County, Oklahoma

Toni McKnight   vs.   William Lehman And Associates, Inc.
d/b/a William Lehman Mitsubishi
Household Automotive Finance Corporation

County Court, Broward County, Florida

Mark Miller   vs.   Gulf Coast Dodge, Inc.

20th Judicial Circuit Court, Lee County, Florida

Bernard Halperin   vs.   Off Lease Only, Inc.

American Arbitration Asssociation

Gina Yang, et al   vs.   Oscar Madrid
DC Auto Decor, Inc.
Theodore R. Pietras
Performance Sales And Service Inc. (Henderson Nissan)

District Court, Clark County, Nevada


Huntington National Bank   vs.   Karen Lynette Bennett
Courtney C. Bennett

13th Judicial Circuit Court
Hillsborough County, Florida


Larry Card   vs.   DaimlerChrysler Corporation
Frontier Dodge d/b/a Fireside Dodge

Superior Court of California
County of Stanislaus


Ronald K. Wingard   vs.   Marhofer Chevrolet, Inc.
Marrianne Wingard          Ronald Marhofer
James Shannon

Court of Common Pleas
Summit County, Ohio


Lonnie Levine   vs.   Mercedes-Benz USA, LLC
Encino Motorcars, LLC   d/b/a  Mercedes-Benz Of Encino

Superior Court of California
County of Los Angeles


Roger L. Antill   vs.   Chrysler Group LLC
Elm Grove Dodge Chrysler Jeep, Inc.

Circuit Court Of Ohio County, West Virginia