# EXHIBIT "9"

BILLING SURVEY

# A nationwide sampling of law firm billing rates

*The National Law Journal* asked the respondents to its 2010 survey of the nation's 250 largest law firms to provide a range of hourly billing rates. Firms that supplied the information are listed in alphabetical order. Non-NLJ 250 firms appear separately.

| FIRM NAME | PRINCIPAL OR LARGEST OFFICE | NUMBER OF ATTORNEYS | FIRMWIDE | | PARTNER | | | | ASSOCIATE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adams and Reese | New Orleans | | | $270 | $556 | $250 | $340 | $340 | $250 | $195 | $229 | $235 |
| Alston & Bird | Atlanta | 786 | $515 | $505 | $855 | $450 | $627 | $615 | $590 | $270 | $405 | $405 |
| Arent Fox | Washington | 329 | | | $765 | $400 | | | $475 | $240 | | |
| Baker, Donelson, Bearman, Caldwell & Berkowitz | Memphis, Tenn. | 552 | $312 | $305 | $595 | $255 | $357 | $348 | $320 | $165 | $231 | $230 |
| Benesch, Friedlander, Coplan & Aronoff | Cleveland | 161 | $315 | | $575 | $350 | $335 | | $360 | $195 | $245 | |
| Blank Rome | Philadelphia | 472 | $510 | $495 | $855 | $440 | $615 | $625 | $550 | $250 | $361 | $353 |
| Briggs and Morgan | Minneapolis | 190 | $373 | $390 | $600 | $290 | $437 | $440 | $315 | $210 | $240 | $235 |
| Brownstein Hyatt Farber Schreck | Denver | 248 | $391 | $380 | $810 | $295 | $463 | $448 | $360 | $200 | $256 | $255 |
| Buchalter Nemer | Los Angeles | 164 | $415 | $415 | $625 | $270 | $490 | $495 | $450 | $195 | $328 | $310 |
| Burr & Forman | Birmingham, Ala. | 256 | $328 | $330 | $500 | $210 | $361 | $365 | $335 | $200 | $250 | $250 |
| Carlton Fields | Tampa, Fla. | 275 | $388 | $390 | $775 | $325 | $455 | $455 | $375 | $195 | $268 | $270 |
| Cozen O'Connor | Philadelphia | 521 | $422 | $399 | $880 | $310 | $497 | $475 | $585 | $225 | $326 | $320 |
| Davis Wright Tremaine | Seattle | 491 | $355 | $365 | $795 | $320 | $486 | $480 | $435 | $210 | $304 | $305 |
| Dickstein Shapiro | Washington | 335 | $545 | $530 | $950 | $525 | $656 | $650 | $630 | $265 | $426 | $450 |
| Dorsey & Whitney | Minneapolis | 578 | $410 | $395 | $795 | $440 | $515 | $515 | $290 | $180 | $285 | $270 |
| Dykema Gossett | Detroit | 333 | $445 | $450 | $635 | $350 | $495 | $515 | $450 | $225 | $325 | $320 |
| Edwards Angell Palmer & Dodge | Boston | 505 | $451 | $450 | $780 | $345 | $571 | $575 | $610 | $200 | $323 | $303 |
| Fisher & Phillips | Atlanta | 238 | | | $505 | $340 | | | $360 | $220 | | |
| Foley & Lardner | Milwaukee | 895 | $554 | $570 | $1,035 | | $654 | $640 | | $255 | $326 | $410 |
| Fox Rothschild | Philadelphia | 472 | $407 | $415 | $699 | $315 | $473 | $470 | $475 | $235 | $298 | $290 |
| Gardere Wynne Sewell | Dallas | 270 | $445 | $450 | $815 | $380 | $531 | $525 | $445 | $195 | $311 | $310 |
| Godfrey & Kahn | Milwaukee | 172 | | | $495 | $325 | | | $340 | $180 | | |
| Greenberg Traurig | New York | 1,763 | $453 | $480 | $975 | $355 | $550 | $580 | $630 | $200 | $332 | $350 |
| Hiscock & Barclay | Syracuse, N.Y. | 175 | $311 | $275 | $650 | $195 | $348 | $305 | $440 | $150 | $234 | $195 |

SEE SAMPLING, PAGE 13

THE NATIONAL LAW JOURNAL/WWW.NLJ.COM ■ DECEMBER 6, 2010

BILLING SURVEY

SAMPLING, FROM PAGE 12

| FIRM NAME | PRINCIPAL OR LARGEST OFFICE | NUMBER OF ATTORNEYS | FIRMWIDE | | PARTNER | | | | ASSOCIATE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | AVERAGE | MEDIAN | HIGH | LOW | AVERAGE | MEDIAN | HIGH | LOW | AVERAGE | MEDIAN |
| Hodgson Russ | Buffalo, N.Y. | 197 | $321 | $320 | $565 | $230 | $374 | $370 | $410 | $175 | $238 | $230 |
| Holland & Knight | Washington | 942 | $418 | $425 | $850 | $300 | $499 | $495 | $480 | $185 | $288 | $280 |
| Holme Roberts & Owen | Denver | 176 | | | | $260 | $415 | $410 | $350 | $170 | | |
| Husch Blackwell | St. Louis | 554 | $329 | $331 | $804 | $230 | $357 | $375 | $415 | $171 | $220 | $205 |
| Jackson Kelly | Charleston, W.Va. | | | | $650 | $245 | | | $325 | $150 | | |
| Jackson Lewis | White Plains, N.Y. | 661 | $354 | $300 | $715 | $260 | $428 | $430 | $440 | $150 | $282 | $275 |
| Jones, Walker, Waechter, Poitevent, Carrère & Denègre | New Orleans | | | | $624 | $255 | | | $275 | $140 | | |
| Kelley Drye & Warren | New York | 325 | | | $900 | $465 | | | $565 | $275 | | |
| Kilpatrick Stockton | Atlanta | 423 | $425 | $425 | $730 | $375 | $527 | $520 | $465 | $225 | $320 | $320 |
| Knobbe, Martens, Olson & Bear | Irvine, Calif. | 266 | $432 | $415 | $710 | $395 | $511 | $485 | $450 | $285 | $332 | $335 |
| Lane Powell | Seattle | 175 | $349 | $380 | $600 | $310 | $491 | $430 | $350 | $230 | $278 | $275 |
| Lathrop & Gage | Kansas City, Mo. | 266 | | | $490 | $255 | | | $265 | $180 | | |
| Lindquist & Vennum | Minneapolis | 181 | $350 | $350 | | | $413 | $410 | | | | |
| Littler Mendelson | San Francisco | 764 | $372 | $355 | $650 | $290 | $445 | $435 | $480 | $210 | $296 | $285 |
| Locke Lord Bissell & Liddell | Dallas | 642 | $485 | $515 | $1,120 | $400 | $599 | $600 | $525 | $215 | $320 | $300 |
| Loeb & Loeb | New York | 300 | | | | $375 | $475 | | $575 | $275 | | |
| Lowenstein Sandler | Roseland, N.J. | 238 | | | $620 | $440 | | | $575 | $235 | | |
| Manatt, Phelps & Phillips | Los Angeles | 320 | $568 | $590 | $850 | $525 | $651 | $650 | $525 | $209 | $405 | $410 |
| Marshall, Dennehey, Warner, Coleman & Goggin | Philadelphia | 162 | | | $410 | $165 | | | $220 | $150 | | |
| Maynard, Cooper & Gale | Birmingham, Ala. | 212 | | | $600 | $325 | | | $295 | $235 | | |
| McCarter & English | Newark, N.J. | 382 | | | $850 | $300 | $494 | $485 | $410 | $215 | | |
| McElroy, Deutsch, Mulvaney & Carpenter | Morristown, N.J. | 269 | $210 | $225 | $550 | $295 | $280 | $260 | $275 | $150 | $190 | $185 |
| McGuireWoods | Richmond, Va. | 872 | $455 | $450 | $830 | $325 | $543 | $535 | $690 | $220 | $355 | $350 |
| McKenna Long & Aldridge | Atlanta | 429 | $355 | $410 | $775 | $375 | $540 | $525 | $490 | $220 | $366 | $355 |
| Michael Best & Friedrich | Milwaukee | 219 | $345 | $345 | $600 | $260 | | $390 | $320 | $195 | | |
| Miles & Stockbridge | Baltimore | 223 | | | $695 | $325 | | | $370 | $220 | | |
| Miller & Martin | Chattanooga, Tenn. | 192 | $328 | $335 | $610 | $235 | $361 | $365 | $275 | $180 | $218 | $210 |
| Moore & Van Allen | Charlotte, N.C. | 282 | $364 | $350 | $785 | $255 | $441 | $425 | $350 | $180 | $257 | $250 |
| Nelson Mullins Riley & Scarborough | Columbia, S.C. | 400 | $347 | $340 | $850 | $245 | $399 | $385 | $335 | $185 | $248 | $240 |
| Nexsen Pruet | Columbia, S.C. | 178 | | | $525 | $230 | | | $250 | $160 | | |
| Nixon Peabody | New York | 682 | $429 | $430 | $905 | $375 | $613 | $625 | $580 | $195 | $388 | $395 |
| Ogletree, Deakins, Nash, Smoak & Stewart | Greenville, S.C. | 485 | $351 | | $575 | $300 | $389 | | $390 | $195 | $285 | |
| Patton Boggs | Washington | 525 | $482 | $485 | $990 | $355 | $645 | $625 | $550 | $215 | $399 | $400 |
| Pepper Hamilton | Philadelphia | 458 | $326 | | $825 | $420 | $547 | | $465 | $230 | $329 | |
| Perkins Coie | Seattle | 683 | $447 | | $825 | $295 | $534 | $530 | $570 | $200 | $354 | |
| Phelps Dunbar | New Orleans | 261 | $226 | $215 | $385 | $180 | $272 | $265 | $240 | $145 | $183 | $180 |
| Phillips Lytle | Buffalo, N.Y. | 177 | $255 | $250 | $535 | $250 | $352 | $350 | $450 | $150 | $283 | $250 |
| Polsinelli Shughart | Kansas City, Mo. | 500 | | | $600 | $250 | | | $325 | $185 | | |
| Quarles & Brady | Milwaukee | 419 | $354 | $350 | $660 | $250 | $438 | $435 | $400 | $210 | $250 | $245 |
| Roetzel & Andress | Akron, Ohio | 215 | $317 | $325 | $525 | $225 | $357 | $350 | $325 | $165 | $243 | $245 |
| Rutan & Tucker | Costa Mesa, Calif. | 133 | | | $650 | $355 | | | $450 | $225 | | |
| Saul Ewing | Philadelphia | 219 | $412 | $425 | $800 | $320 | $491 | $478 | $475 | $225 | $310 | $285 |
| Schulte Roth & Zabel | New York | 433 | | | $895 | $735 | | | $690 | $275 | | |
| Seyfarth Shaw | Chicago | 704 | $377 | $375 | $770 | $335 | $505 | $503 | $535 | $185 | $325 | $320 |
| Sheppard, Mullin, Richter & Hampton | Los Angeles | 464 | | | $820 | $495 | | | $620 | $270 | | |
| Shumaker, Loop & Kendrick | Toledo, Ohio | 210 | $331 | $350 | $540 | $250 | $366 | $365 | $315 | $185 | $246 | $235 |
| Smith, Gambrell & Russell | Atlanta | 175 | | | $740 | $325 | | | $440 | $195 | | |
| Snell & Wilmer | Phoenix | 396 | $338 | $325 | $795 | $315 | $486 | $475 | $550 | $175 | $282 | $265 |
| Stoel Rives | Portland, Ore. | 368 | $381 | $395 | $600 | $315 | $441 | $443 | $390 | $190 | $270 | $265 |
| Strasburger & Price | Dallas | 181 | $336 | $351 | $617 | $250 | $372 | $393 | $306 | $194 | $243 | $245 |
| Taft, Stettinius & Hollister | Cincinnati | 286 | $315 | $315 | $500 | $220 | $358 | $350 | $365 | $165 | $227 | $225 |

SEE SAMPLING, PAGE

## BILLING SURVEY

SAMPLING, FROM PAGE 13

| FIRM NAME | PRINCIPAL OR LARGEST OFFICE | NUMBER OF ATTORNEYS | FIRMWIDE |  | PARTNER |  |  |  | ASSOCIATE |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  | AVERAGE | MEDIAN | HIGH | LOW | AVERAGE | MEDIAN | HIGH | LOW | AVERAGE | MEDIAN |
| Thompson Coburn | St. Louis | 326 |  |  | $610 | $300 |  |  | $395 | $190 |  |  |
| Thompson & Knight | Dallas |  |  |  |  |  |  |  |  |  |  |  |
| Townsend and Townsend and Crew | San Francisco | 177 | $320 | $290 | $750 | $470 | $563 | $550 | $460 | $260 | $345 | $325 |
| Ulmer & Berne | Cleveland |  |  |  |  |  |  |  |  |  |  |  |
| Vedder Price | Chicago | 255 | $425 | $425 | $720 | $370 | $483 | $470 | $365 | $255 | $325 | $325 |
| Venable | Washington |  |  |  |  |  |  |  |  |  |  |  |  |
| Williams Mullen | Richmond, Va. | 300 | $368 | $340 | $545 | $315 | $428 | $395 | $370 | $230 | $279 | $280 |
| Winstead | Dallas |  |  |  |  |  |  |  |  |  |  |  |  |
| Winston & Strawn | Chicago | 899 | $486 | $490 | $1,075 | $475 | $670 | $660 | $610 | $250 | $393 | $375 |
| Womble Carlyle Sandridge & Rice | Winston-Salem |  |  |  |  |  |  |  |  |  |  |  |  |
| Wyatt, Tarrant & Combs | Louisville, Ky. | 186 |  |  | $500 | $245 |  |  | $285 | $180 |  |  |
| **NON-NLJ 250 FIRMS** |  |  |  |  |  |  |  |  |  |  |  |  |
| Banker Lopez Gassler & Lane |  |  |  |  |  |  |  |  |  |  |  |  |
| Fowler White Boggs | Tampa, Fla. | 127 | $350 | $370 | $575 | $325 | $400 | $388 | $315 | $205 | $250 | $255 |
| Lewis Rice & Fingersh | St. Louis |  |  |  |  |  |  |  |  |  |  |  |  |
| Luce, Forward, Hamilton & Scripps | San Diego | 143 |  |  | $670 | $350 |  |  | $445 | $245 |  |  |
| McAndrews, Held & Malloy | Chicago |  |  |  |  |  |  |  |  |  |  |  |  |
| Montgomery, McCracken, Walker & Rhoads | Philadelphia | 117 |  |  | $625 | $380 | $461 |  | $395 | $205 | $284 |  |
| Morris, Manning & Martin | Atlanta |  |  |  |  |  |  |  |  |  |  |  |  |
| Schwabe, Williamson & Wyatt | Portland, Ore. | 158 | $350 | $340 | $540 | $310 | $415 | $410 | $450 | $200 | $250 | $250 |
| Sullivan & Worcester | Boston |  |  |  |  |  |  |  |  |  |  |  |  |